# Exhibit 1

SCHEDULE A

## LIST OF DEFENDANTS

| Uploader Name | YouTube Channel Name | Nation of Residence |
|---|---|---|
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Maxim Onyshchuk | Climate Change | Ukraine |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |
| Klodian Perhati | Digital Reporter | Albania |

SCHEDULE A

| Klodian Perhati | Digital Reporter | Albania |
|---|---|---|
| Klodian Perhati | Digital Reporter | Albania |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Maryna Lietucheva | EXTREME WEATHER & NATURAL DISASTERS | Ukraine |
| Uong Sy Thanh | NA Weather | Thailand |
| Uong Sy Thanh | NA Weather | Thailand |
| Uong Sy Thanh | NA Weather | Thailand |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |

2

SCHEDULE A

| | | |
|---|---|---|
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Klodeta Mena | The Daily Unseen 2 | Albania |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Anton Shubstorsky | WAHR | Ukraine |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Simon Prebil | World is Dangerous | Slovenia |
| Abdul Rahman Ashraf   Ali Saleh | Hidden facts and world events | Egypt |

SCHEDULE A

| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |
|---|---|---|---|
| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |
| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |
| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |
| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |
| Abdul Rahman Ashraf | Ali Saleh | Hidden facts and world events | Egypt |

SCHEDULE A

**LIST OF PIRATED VIDEOS**

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/q2kf0tgR_Yw?t=241 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/uzDhcHRNhQo?t=263 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/fvpE7sx0N2c?t=57 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/aOO57hHrftI?t=400 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/DZIuqfZrWEg?t=163 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/xrJTIHrb7c8?t=337 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/xrJTIHrb7c8?t=477 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/8z7QDr0Yl7A?t=155 |
| **Maxim Onyshchuk** | Climate Change | https://youtu.be/RRzNBoYZzsE?t=490 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/rCS595_Fa1c?t=10 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/GOaPlSaukjI?t=104 |

5

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Klodian Perhati** | Digital Reporter | https://youtu.be/H1yqg_-VuAs?t=36 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/HmI6opZG5Bk?t=18 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/-djamLXu_Ic?t=42 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/rCS595_Fa1c?t=23 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/-WflUSFIzyk?t=64 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=14 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/GOaPlSaukjI |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/F2WFnSXcW1k?t=5 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/F2WFnSXcW1k |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/GOaPlSaukjI?t=95 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=43 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/Oj0jXgKSHz4?t=11 |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Klodian Perhati** | Digital Reporter | https://youtu.be/-djamLXu_Ic |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=18 |
| **Klodian Perhati** | Digital Reporter | https://youtu.be/-WflUSFIzyk?t=64 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/cgillBcr60o?t=10 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/rgUMvJaHbME?t=1 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ro6fMkOPfN4?t=76 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=FAbsM-aD62s |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=fH-udjnk1LM&ab_channel=EXTREMEWEATHER%26NATURALDISASTERS |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=K5nYKXFgyy4 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=uAV17mmiNo8 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ro6fMkOPfN4?t=76 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=2OOeszbG-C8 |
| **Maryna Lietucheva** | EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ibJ5cJbXhZ8?t=13 |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Uong Sy Thanh** | NA Weather | https://www.youtube.com/watch?v=uXSYXdr4YtE&ab_channel=NAWeather |
| **Uong Sy Thanh** | NA Weather | https://www.youtube.com/watch?v=8NIaf2NZBtQ |
| **Uong Sy Thanh** | NA Weather | https://youtu.be/Q8W8clxQDWo?t=66 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=foktCRNHy5g&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=N_YEMYvf9pI&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/shorts/l7vRfNGp_zk |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/shorts/_BMsxQFFCms |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=jsDXweN8svE&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=F0dqJII50WY&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=h8lQkHQNEHI&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=jILFDyMpe84&ab_channel=TheDailyUnseen2 |
| **Klodeta Mena** | The Daily Unseen 2 | https://www.youtube.com/watch?v=ka8IyGEeTsk&ab_channel=TheDailyUnseen2 |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| Klodeta Mena | The Daily Unseen 2 | https://www.youtube.com/watch?v=9M8d-_pnXZ4&ab_channel=TheDailyUnseen2 |
| Anton Shubstorsky | WAHR | https://youtu.be/U2LXFs8I0K8?t=75 |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=6VamfNt6WeI |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=Xv1O50eBxrg |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=FFa0vs8Oi1M |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=1zlD136hVZI |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=zbm8EwmLYLY |
| Anton Shubstorsky | WAHR | https://www.youtube.com/watch?v=0Yu1DXeeZk0 |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Anton Shubstorsky** | WAHR | https://www.youtube.com/watch?v=Uotf7SFkGZo |
| **Anton Shubstorsky** | WAHR | https://www.youtube.com/watch?v=ICQx3BYV_QQ |
| **Anton Shubstorsky** | WAHR | https://www.youtube.com/watch?v=oAkrGWVGcac |
| **Anton Shubstorsky** | WAHR | https://www.youtube.com/watch?v=2ncjErT9--g |
| **Anton Shubstorsky** | WAHR | https://www.youtube.com/watch?v=OK3q6vmM2EQ |
| **Simon Prebil** | World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/z_qVhJC7ZTA?t=75 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/6DoVXVGROq4?t=224 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/X7t8OIFKBaI |

11

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Simon Prebil** | World is Dangerous | https://youtu.be/Y1THj216wLk?t=10 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/RngDB58pB7M?t=103 |
| **Simon Prebil** | World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/FH0k3wrk_II?t=72 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/z0ZKqmHq1Pc?t=15 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/QGtIWPubhus?t=23 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/fjMz03vm6dM?t=633 |

SCHEDULE A

| Uploader Name | YouTube Channel Name | Link to Infringement/Page |
|---|---|---|
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/TXkD8VvlCvs?t=140 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/PfsTLkNpVG4?t=487 |
| **Abdul Rahman Ashraf Ali Saleh** | Digital Reporter | https://youtu.be/nIXbtvIHedw?t=357 |