# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-210-164**

**Effective Date of Registration:**
October 01, 2019

**Registration Decision Date:**
November 06, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Brandon Clement Hurricane Dorian Bahamas Impacts Full |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 08, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Dr, Terry, MS, 39170, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Michael Brandon Clement |
| **Email:** | bclemms@gmail.com |
| **Telephone:** | (601)260-3170 |
| **Address:** | 1315 Carroll Dr |
| | Terry, MS 39170 United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Brandon Clement |
| **Date:** | September 25, 2019 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-360-287**

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

---

## Title

**Title of Work:** 04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 29, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:** Craig Sanders
**Date:** June 03, 2022

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-369-592

**Effective Date of Registration:**
August 07, 2022
**Registration Decision Date:**
September 09, 2022

## Title

Title of Work: 7.28.2022_Hindman KY underwater

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: July 28, 2022
Nation of 1st Publication: United States

## Author

- Author: Michael Brandon Clement
  Author Created: entire motion picture
  Work made for hire: No
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

Name: Craig Sanders
Date: August 07, 2022