# Exhibit 3

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/25/2023 12:29:09 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+11360ml6ya6th07@google.com>
Date: Fri, Feb 24, 2023 at 7:08 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brian Emfinger
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8z7QDr0Yl7A

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: Hurricane Ida from LaFourche Parish
  - Where does the content appear?
    The content appears in the targeted video from 0:02:35 to 0:02:38 :
    https://www.youtube.com/watch?v=8z7QDr0Yl7A&t=155
    It appears in your source video from 0:11:43 to 0:11:57 :
    https://www.youtube.com/watch?v=&t=703

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GOaPlSaukjI
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:08 :
    https://www.youtube.com/watch?v=GOaPlSaukjI&t=0
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=l7vRfNGp_zk
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away
  - Where does the content appear?
    The content appears in the targeted video from 0:00:23 to 0:00:39 :
    https://www.youtube.com/watch?v=l7vRfNGp_zk&t=23
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube channel.
    - Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: 8z7QDr0Yl7A, GOaPlSaukjI, l7vRfNGp_zk

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/25/2023 12:29:00 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3myshxa927p2a07@google.com>
Date: Fri, Feb 24, 2023 at 8:27 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



Hi WXChasing,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:

- 1315 Carroll Dr
- Terry, Ms 39170
- US

- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com

- Phone: (601) 260-3170


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9M8d-_pnXZ4
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:09 to 0:00:40 :
  https://www.youtube.com/watch?v=9M8d-_pnXZ4&t=9
  It appears in your source video from 0:00:00 to 0:00:00 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=F0dqJII50WY
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:40 to 0:00:44 :
  https://www.youtube.com/watch?v=F0dqJII50WY&t=40
  It appears in your source video from 0:05:32 to 0:05:44 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=332


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=N_YEMYvf9pI
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=HfdmjbYMPz0
- Where does the content appear?
  The content appears in the targeted video from 0:00:29 to 0:00:33 :
  https://www.youtube.com/watch?v=N_YEMYvf9pI&t=29
  It appears in your source video from 0:13:33 to 0:13:43 :
  https://www.youtube.com/watch?v=HfdmjbYMPz0&t=813

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=_BMsxQFFCms
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=foktCRNHy5g
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:14 to 0:00:22 :
  https://www.youtube.com/watch?v=foktCRNHy5g&t=14
  It appears in your source video from 0:00:24 to 0:00:32 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=24

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=h8lQkHQNEHI
- Describe the work allegedly infringed: My video (not from YouTube)

- The original video: 8-3-2021 Oroville, Ca Oroville Reservoir drops to record low level- Extreme Drought- Climate Change
- Where does the content appear?
  The content appears in the targeted video from 0:00:45 to 0:01:00 :
  https://www.youtube.com/watch?v=h8lQkHQNEHI&t=45
  It appears in your source video from 0:00:00 to 0:00:46 :
  https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jILFDyMpe84
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:56 to 0:01:01 :

https://www.youtube.com/watch?v=jILFDyMpe84&t=56
It appears in your source video from 0:05:25 to 0:05:30 :
https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=325

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jsDXweN8svE
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:52 :
  https://www.youtube.com/watch?v=jsDXweN8svE&t=0
  It appears in your source video from 0:00:00 to 0:00:00 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ka8IyGEeTsk
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user

- YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
- Where does the content appear?
  The content appears in the targeted video from 0:00:21 to 0:01:25 :
  https://www.youtube.com/watch?v=ka8IyGEeTsk&t=21
  It appears in your source video from 0:00:00 to 0:00:00 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Brandon Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9M8d-_pnXZ4
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - Where does the content appear?
    The content appears in the targeted video from 0:00:09 to 0:00:40 :
    https://www.youtube.com/watch?v=9M8d-_pnXZ4&t=9
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=F0dqJII50WY
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - Where does the content appear?
    The content appears in the targeted video from 0:00:40 to 0:00:44 :
    https://www.youtube.com/watch?v=F0dqJII50WY&t=40
    It appears in your source video from 0:05:32 to 0:05:44 :
    https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=332

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=N_YEMYvf9pI
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=HfdmjbYMPz0
  - Where does the content appear?
    The content appears in the targeted video from 0:00:29 to 0:00:33 :
    https://www.youtube.com/watch?v=N_YEMYvf9pI&t=29
    It appears in your source video from 0:13:33 to 0:13:43 :
    https://www.youtube.com/watch?v=HfdmjbYMPz0&t=813

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=_BMsxQFFCms
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=foktCRNHy5g
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ

- o Where does the content appear?
  The content appears in the targeted video from 0:00:14 to 0:00:22 :
  https://www.youtube.com/watch?v=foktCRNHy5g&t=14
  It appears in your source video from 0:00:24 to 0:00:32 :
  https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=24

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=h8lQkHQNEHI
- Describe the work allegedly infringed: My video (not from YouTube)
  - o The original video: 8-3-2021 Oroville, Ca Oroville Reservoir drops to record low level- Extreme Drought- Climate Change
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:45 to 0:01:00 :
    https://www.youtube.com/watch?v=h8lQkHQNEHI&t=45
    It appears in your source video from 0:00:00 to 0:00:46 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jILFDyMpe84
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - o YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:56 to 0:01:01 :
    https://www.youtube.com/watch?v=jILFDyMpe84&t=56
    It appears in your source video from 0:05:25 to 0:05:30 :
    https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=325

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jsDXweN8svE
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - o YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:52 :
    https://www.youtube.com/watch?v=jsDXweN8svE&t=0
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ka8IyGEeTsk
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - o YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:21 to 0:01:25 :

https://www.youtube.com/watch?v=ka8IyGEeTsk&t=21
It appears in your source video from 0:00:00 to 0:00:00 :
https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: 9M8d-_pnXZ4, F0dqJII50WY, N_YEMYvf9pI, _BMsxQFFCms, foktCRNHy5g, h8lQkHQNEHI, jILFDyMpe84, jsDXweN8svE, ka8IyGEeTsk

**From:** Copyright Management
**Sent:** 2/25/2023 12:29:05 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0w9udfnocw97307@google.com>
Date: Fri, Feb 24, 2023 at 7:28 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    - 1315 Carroll Dr
    - Terry, Ms 39170
    - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cgillBcr60o

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard!
    - Where does the content appear?
      The content appears in the targeted video from 0:00:09 to 0:00:16 :
      https://www.youtube.com/watch?v=cgillBcr60o&t=9
      It appears in your source video from 0:00:19 to 0:00:35 :
      https://www.youtube.com/watch?v=&t=19


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: cgillBcr60o

**From:**        Copyright Management
**Sent:**        2/25/2023 12:29:03 AM
**To:**          Joel Rothman
**Subject:**     Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2jjgp78x4vz4k07@google.com>
Date: Fri, Feb 24, 2023 at 8:08 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



Hi WXChasing,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
  Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Executive Director of Content
- Address:

- 1315 Carroll Dr
- Terry, Ms 39170
- US

- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com

- Phone: (601) 260-3170


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=F2WFnSXcW1k
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)

- The original video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
- Where does the content appear?
  The content appears in the targeted video from 0:00:05 to 0:00:10 :
  https://www.youtube.com/watch?v=F2WFnSXcW1k&t=5
  It appears in your source video from 0:00:34 to 0:01:08 :
  https://www.youtube.com/watch?v=&t=34


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Brandon Clement


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=F2WFnSXcW1k
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Where does the content appear?
    The content appears in the targeted video from 0:00:05 to 0:00:10 : https://www.youtube.com/watch?v=F2WFnSXcW1k&t=5
    It appears in your source video from 0:00:34 to 0:01:08 : https://www.youtube.com/watch?v=&t=34

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

 On Feb 25, 2023 [bclemms@gmail.com](mailto:bclemms@gmail.com) wrote:

   Video IDs: F2WFnSXcW1k

**From:**     Copyright Management
**Sent:**     2/25/2023 12:28:56 AM
**To:**       Joel Rothman
**Subject:**  Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3hwrywm9n94li07@google.com>
Date: Fri, Feb 24, 2023 at 11:25 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    o 1315 Carroll Dr
    o Terry, Ms 39170
    o US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
    https://www.youtube.com/watch?v=RngDB58pB7M

- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=Ac1iCtJ3cFQ
  - Where does the content appear?
    The content appears in the targeted video from 0:01:43 to 0:01:53 :
    https://www.youtube.com/watch?v=RngDB58pB7M&t=103
    It appears in your source video from 0:00:18 to 0:00:37 :
    https://www.youtube.com/watch?v=Ac1iCtJ3cFQ&t=18

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=X7t8OIFKBaI
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=CzJX6dvrFpM
  - Where does the content appear?
    The content appears in the targeted video from 0:00:31 to 0:00:42 :
    https://www.youtube.com/watch?v=X7t8OIFKBaI&t=31
    It appears in your source video from 0:00:00 to 0:00:22 :
    https://www.youtube.com/watch?v=CzJX6dvrFpM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Y1THj216wLk
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 09-08-2022 Hemet, CA - Fairview fire threatens 18k homes amid historic heat wave
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:15 :
    https://www.youtube.com/watch?v=Y1THj216wLk&t=10
    It appears in your source video from 0:00:10 to 0:00:20 :
    https://www.youtube.com/watch?v=&t=10

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: RngDB58pB7M, X7t8OIFKBaI, Y1THj216wLk

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/25/2023 12:28:50 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0qohstpckt8f607@google.com>
Date: Fri, Feb 24, 2023 at 10:29 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    o 1315 Carroll Dr
    o Terry, Ms 39170
    o US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
    https://www.youtube.com/watch?v=ICQx3BYV_QQ

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: [Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard!](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:45 to 0:01:00 :
    [https://www.youtube.com/watch?v=ICQx3BYV_QQ&t=45](https://www.youtube.com/watch?v=ICQx3BYV_QQ&t=45)
    It appears in your source video from 0:00:23 to 0:00:39 :
    [https://www.youtube.com/watch?v=&t=23](https://www.youtube.com/watch?v=&t=23)

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 [bclemms@gmail.com](mailto:bclemms@gmail.com) wrote:

Video IDs: ICQx3BYV_QQ

**From:**     Copyright Management
**Sent:**      2/25/2023 12:28:53 AM
**To:**        Joel Rothman
**Subject:**   Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0cc6ksru091kn07@google.com>
Date: Fri, Feb 24, 2023 at 11:10 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    o 1315 Carroll Dr
    o Terry, Ms 39170
    o US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
    https://www.youtube.com/watch?v=FH0k3wrk_II

- Describe the work allegedly infringed: My video (not from YouTube)
    - The original video: 5-5-2018 Leilani Estates - Hawaii Volcano - Lava Flows Busts Gate - Overtakes Homes and Vehicles
    - Where does the content appear?
      The content appears in the targeted video from 0:01:12 to 0:01:33 :
      https://www.youtube.com/watch?v=FH0k3wrk_II&t=72
      It appears in your source video from 0:01:28 to 0:02:02 :
      https://www.youtube.com/watch?v=&t=88

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QGtIWPubhus
- Describe the work allegedly infringed: My video (not from YouTube)
    - The original video: 12-11-2021 Mayfield, Ky Catastrophic Tornado damage- First light drone
    - Where does the content appear?
      The content appears in the targeted video from 0:00:32 to 0:00:41 :
      https://www.youtube.com/watch?v=QGtIWPubhus&t=32
      It appears in your source video from 0:00:00 to 0:00:43 :
      https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=TXkD8VvlCvs
- Describe the work allegedly infringed: My video (not from YouTube)
    - The original video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Where does the content appear?
      The content appears in the targeted video from 0:02:20 to 0:03:05 :
      https://www.youtube.com/watch?v=TXkD8VvlCvs&t=140
      It appears in your source video from 0:02:03 to 0:03:37 :
      https://www.youtube.com/watch?v=&t=123

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fjMz03vm6dM
- Describe the work allegedly infringed: My video (not from YouTube)
    - The original video: 10-28-2020 Golden Meadow, La Hurricane Zeta etensive storm surge, homes flooded, drone
    - Where does the content appear?
      The content appears in the targeted video from 0:10:33 to 0:11:00 :
      https://www.youtube.com/watch?v=fjMz03vm6dM&t=633
      It appears in your source video from 0:00:00 to 0:00:00 :
      https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=nIXbtvIHedw
- Describe the work allegedly infringed: My video (not from YouTube)

- o The original video: [10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded](#)
- o Where does the content appear?
  The content appears in the targeted video from 0:05:57 to 0:06:05 :
  https://www.youtube.com/watch?v=nIXbtvIHedw&t=357
  It appears in your source video from 0:00:00 to 0:00:45 :
  https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=z0ZKqmHq1Pc
- Describe the work allegedly infringed: My video (not from YouTube)
  - o The original video: [12-25-2022 Buffalo, NY Abandoned vehicles litter the metro after intense blizzard](#)
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:16 to 0:00:23 :
    https://www.youtube.com/watch?v=z0ZKqmHq1Pc&t=16
    It appears in your source video from 0:00:30 to 0:00:40 :
    https://www.youtube.com/watch?v=&t=30


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: FH0k3wrk_II, QGtIWPubhus, TXkD8VvlCvs, fjMz03vm6dM, nIXbtvIHedw, z0ZKqmHq1Pc

**From:** Copyright Management
**Sent:** 2/25/2023 12:28:48 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0dkpo4dg3jfto07@google.com>
Date: Fri, Feb 24, 2023 at 10:25 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=OK3q6vmM2EQ

- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:12 :
    [https://www.youtube.com/watch?v=OK3q6vmM2EQ&t=0](https://www.youtube.com/watch?v=OK3q6vmM2EQ&t=0)
    It appears in your source video from 0:00:00 to 0:00:46 :
    [https://www.youtube.com/watch?v=&t=0](https://www.youtube.com/watch?v=&t=0)


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)


On Feb 25, 2023 [bclemms@gmail.com](mailto:bclemms@gmail.com) wrote:

Video IDs: OK3q6vmM2EQ

**From:** Copyright Management
**Sent:** 2/25/2023 12:28:45 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1ktau8vwpv4kj07@google.com>
Date: Fri, Feb 24, 2023 at 10:23 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all
required elements. We will reply to this email when we've taken action on your
request. You can also check on the status of your takedown request in the 'Removal
requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
  Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=0Yu1DXeeZk0

- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:15 to 0:00:30 :
    [https://www.youtube.com/watch?v=0Yu1DXeeZk0&t=15](https://www.youtube.com/watch?v=0Yu1DXeeZk0&t=15)
    It appears in your source video from 0:00:00 to 0:00:46 :
    [https://www.youtube.com/watch?v=&t=0](https://www.youtube.com/watch?v=&t=0)

- URL of allegedly infringing video to be removed:
  [https://www.youtube.com/watch?v=1zlD136hVZI](https://www.youtube.com/watch?v=1zlD136hVZI)
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:07 to 0:00:19 :
    [https://www.youtube.com/watch?v=1zlD136hVZI&t=7](https://www.youtube.com/watch?v=1zlD136hVZI&t=7)
    It appears in your source video from 0:00:00 to 0:00:11 :
    [https://www.youtube.com/watch?v=&t=0](https://www.youtube.com/watch?v=&t=0)

- URL of allegedly infringing video to be removed:
  [https://www.youtube.com/watch?v=2ncjErT9--g](https://www.youtube.com/watch?v=2ncjErT9--g)
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [11-18-2022 Hamburg, NY - Drivers Stuck - Travelers stranded in at least 4 FEET of snow](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:10 :
    [https://www.youtube.com/watch?v=2ncjErT9--g&t=0](https://www.youtube.com/watch?v=2ncjErT9--g&t=0)
    It appears in your source video from 0:00:09 to 0:00:20 :
    [https://www.youtube.com/watch?v=&t=9](https://www.youtube.com/watch?v=&t=9)

- URL of allegedly infringing video to be removed:
  [https://www.youtube.com/watch?v=6VamfNt6WeI](https://www.youtube.com/watch?v=6VamfNt6WeI)
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [https://youtu.be/k6d3aVbgJQ0](https://youtu.be/k6d3aVbgJQ0)
  - Where does the content appear?
    The content appears in the targeted video from 0:01:29 to 0:01:39 :
    [https://www.youtube.com/watch?v=6VamfNt6WeI&t=89](https://www.youtube.com/watch?v=6VamfNt6WeI&t=89)
    It appears in your source video from 0:00:00 to 0:00:00 :
    [https://www.youtube.com/watch?v=&t=0](https://www.youtube.com/watch?v=&t=0)

- URL of allegedly infringing video to be removed:
  [https://www.youtube.com/watch?v=FFa0vs8Oi1M](https://www.youtube.com/watch?v=FFa0vs8Oi1M)
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded](#)

- o Where does the content appear?
  The content appears in the targeted video from 0:00:07 to 0:00:11 :
  https://www.youtube.com/watch?v=FFa0vs8Oi1M&t=7
  It appears in your source video from 0:00:00 to 0:00:18 :
  https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=U2LXFs8I0K8
- Describe the work allegedly infringed: My video (not from YouTube)
  - o The original video: 11-18-22 Orchard Park, NY-Entire city paralyzed from record snow
  - o Where does the content appear?
    The content appears in the targeted video from 0:01:15 to 0:01:29 :
    https://www.youtube.com/watch?v=U2LXFs8I0K8&t=75
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Uotf7SFkGZo
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - o YouTube URL: https://www.youtube.com/watch?v=kBCLgoEUwKc
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:46 to 0:00:54 :
    https://www.youtube.com/watch?v=Uotf7SFkGZo&t=46
    It appears in your source video from 0:05:04 to 0:05:27 :
    https://www.youtube.com/watch?v=kBCLgoEUwKc&t=304

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Xv1O50eBxrg
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - o YouTube URL: https://www.youtube.com/watch?v=pcmD_hCnwHQ
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:32 to 0:00:44 :
    https://www.youtube.com/watch?v=Xv1O50eBxrg&t=32
    It appears in your source video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=pcmD_hCnwHQ&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oAkrGWVGcac
- Describe the work allegedly infringed: My video (not from YouTube)
  - o The original video: 11-18-2022 Hamburg, NY - Drivers Stuck - Travelers stranded in at least 4 FEET of snow
  - o Where does the content appear?
    The content appears in the targeted video from 0:01:53 to 0:02:00 :

https://www.youtube.com/watch?v=oAkrGWVGcac&t=113
It appears in your source video from 0:00:09 to 0:00:20 :
https://www.youtube.com/watch?v=&t=9

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zbm8EwmLYLY
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded
  - Where does the content appear?
    The content appears in the targeted video from 0:02:21 to 0:02:27 :
    https://www.youtube.com/watch?v=zbm8EwmLYLY&t=141
    It appears in your source video from 0:00:00 to 0:00:11 :
    https://www.youtube.com/watch?v=&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: 0Yu1DXeeZk0, 1zlD136hVZI, 2ncjErT9--g, 6VamfNt6WeI, FFa0vs8Oi1M, U2LXFs8I0K8, Uotf7SFkGZo, Xv1O50eBxrg, oAkrGWVGcac, zbm8EwmLYLY

**From:**       Copyright Management
**Sent:**       2/25/2023 12:28:38 AM
**To:**         Joel Rothman
**Subject:**    Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2vmqobzyihfp207@google.com>
Date: Fri, Feb 24, 2023 at 9:38 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all
required elements. We will reply to this email when we've taken action on your
request. You can also check on the status of your takedown request in the 'Removal
requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brian Emfinger
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
  Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8NIaf2NZBtQ

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away
  - Where does the content appear?
    The content appears in the targeted video from 0:05:52 to 0:05:59 :
    https://www.youtube.com/watch?v=8NIaf2NZBtQ&t=352
    It appears in your source video from 0:00:00 to 0:00:11 :
    https://www.youtube.com/watch?v=&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: 8NIaf2NZBtQ

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/25/2023 12:28:43 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3471qsfc34ny107@google.com>
Date: Fri, Feb 24, 2023 at 9:41 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Q8W8clxQDWo

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: [MONSTER debris flow with flash flood in Johnson Canyon, Utah!](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:01:06 to 0:01:24 :
    https://www.youtube.com/watch?v=Q8W8clxQDWo&t=66
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 [bclemms@gmail.com](#) wrote:

Video IDs: Q8W8clxQDWo

**From:** Copyright Management
**Sent:** 2/25/2023 12:28:34 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3sbxczoeal24n07@google.com>
Date: Fri, Feb 24, 2023 at 9:34 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    o 1315 Carroll Dr
    o Terry, Ms 39170
    o US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
    https://www.youtube.com/watch?v=uXSYXdr4YtE

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: [Drone footage of Andover tornado with color correction](#)
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:24 :
      [https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0](https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0)
      It appears in your source video from 0:00:00 to 0:00:00 :
      [https://www.youtube.com/watch?v=&t=0](https://www.youtube.com/watch?v=&t=0)


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 [bclemms@gmail.com](mailto:bclemms@gmail.com) wrote:

Video IDs: uXSYXdr4YtE

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/25/2023 12:28:30 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+05kn2g6b7m4zt07@google.com>
Date: Fri, Feb 24, 2023 at 9:23 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Joseph Brett Adair
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ibJ5cJbXhZ8

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: <u>01-09-2022 Peason, LA Tornado Damage Drone - Mobile Home Destroyed - Volunteers PIck up the PIeces</u>
  - Where does the content appear?
    The content appears in the targeted video from 0:00:16 to 0:00:24 :
    <u>https://www.youtube.com/watch?v=ibJ5cJbXhZ8&t=16</u>
    It appears in your source video from 0:02:10 to 0:02:20 :
    <u>https://www.youtube.com/watch?v=&t=130</u>


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>


On Feb 25, 2023 <u>bclemms@gmail.com</u> wrote:

Video IDs: ibJ5cJbXhZ8

**From:**       Copyright Management
**Sent:**        2/25/2023 12:28:26 AM
**To:**          Joel Rothman
**Subject:**     Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0d5ofedpc148s07@google.com>
Date: Fri, Feb 24, 2023 at 9:19 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Pecos Hank
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=K5nYKXFgyy4

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
    - Where does the content appear?
      The content appears in the targeted video from 0:01:16 to 0:02:00 :
      https://www.youtube.com/watch?v=K5nYKXFgyy4&t=76
      It appears in your source video from 0:00:33 to 0:02:47 :
      https://www.youtube.com/watch?v=&t=33


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

   Video IDs: K5nYKXFgyy4

**From:**       Copyright Management
**Sent:**       2/25/2023 12:28:21 AM
**To:**         Joel Rothman
**Subject:**    Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2lzkiei6exgqp07@google.com>
Date: Fri, Feb 24, 2023 at 8:32 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



Hi WXChasing,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Steinburg
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:

- 1315 Carroll Dr
- Terry, Ms 39170
- US

- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com

- Phone: (601) 260-3170


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Oj0jXgKSHz4
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)

- The original video: DRIVERS STRANDED AT DONNER PASS - MAJOR WINTER STORM 12-31-2022
- Where does the content appear?
  The content appears in the targeted video from 0:00:11 to 0:00:20 :
  https://www.youtube.com/watch?v=Oj0jXgKSHz4&t=11
  It appears in your source video from 0:02:18 to 0:02:41 :
  https://www.youtube.com/watch?v=&t=138


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rCS595_Fa1c
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)

- The original video: 12-31-2022 Donner, CA - Major Atmospheric river slams into Sierras, Heavy snow, Traffic jam
- Where does the content appear?
  The content appears in the targeted video from 0:00:06 to 0:00:31 :
  https://www.youtube.com/watch?v=rCS595_Fa1c&t=6
  It appears in your source video from 0:00:00 to 0:00:00 :
  https://www.youtube.com/watch?v=&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Brandon Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Steinburg
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    - 1315 Carroll Dr
    - Terry, Ms 39170
    - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Oj0jXgKSHz4
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: DRIVERS STRANDED AT DONNER PASS - MAJOR WINTER STORM 12-31-2022
  - Where does the content appear?
    The content appears in the targeted video from 0:00:11 to 0:00:20 :
    https://www.youtube.com/watch?v=Oj0jXgKSHz4&t=11
    It appears in your source video from 0:02:18 to 0:02:41 :
    https://www.youtube.com/watch?v=&t=138

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rCS595_Fa1c
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 12-31-2022 Donner, CA - Major Atmospheric river slams into Sierras, Heavy snow, Traffic jam
  - Where does the content appear?
    The content appears in the targeted video from 0:00:06 to 0:00:31 :
    https://www.youtube.com/watch?v=rCS595_Fa1c&t=6
    It appears in your source video from 0:00:00 to 0:00:00 :
    https://www.youtube.com/watch?v=&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 [bclemms@gmail.com](mailto:bclemms@gmail.com) wrote:

Video IDs: Oj0jXgKSHz4, rCS595_Fa1c

**From:** Copyright Management
**Sent:** 2/25/2023 12:28:15 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0qjijzzxq1j2607@google.com>
Date: Fri, Feb 24, 2023 at 2:26 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael B Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2OOeszbG-C8

- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:01:33 to 0:01:44 :
    https://www.youtube.com/watch?v=2OOeszbG-C8&t=93
    It appears in your source video from 0:00:00 to 0:00:30 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FAbsM-aD62s
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=UIIDsm0c3D8
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fH-udjnk1LM
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [12-24-2022 Buffalo, NY Blizzard cars buried in snow litter downtown - wind damage](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:12 :
    https://www.youtube.com/watch?v=fH-udjnk1LM&t=0
    It appears in your source video from 0:00:11 to 0:00:20 :
    https://www.youtube.com/watch?v=&t=11

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rgUMvJaHbME
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [2-9-2023 Tangipahoa, LA Tornado destroys numerous homes - drone - first light.mp4](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=rgUMvJaHbME&t=0
    It appears in your source video from 0:03:16 to 0:03:55 :
    https://www.youtube.com/watch?v=&t=196

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ro6fMkOPfN4
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: [11-18-22 Orchard Park, NY-Entire city paralyzed from record snow](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:01:15 to 0:01:30 :
    https://www.youtube.com/watch?v=ro6fMkOPfN4&t=75

It appears in your source video from 0:00:00 to 0:01:30 :
https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uAV17mmiNo8
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 07-28-2022 Hindman, Kentucky - Entire Town Under Water from Drone - Incredible Flooding
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=uAV17mmiNo8&t=0
    It appears in your source video from 0:00:53 to 0:01:10 :
    https://www.youtube.com/watch?v=&t=53


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael B Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 24, 2023 bclemms@gmail.com wrote:

Video IDs: 2OOeszbG-C8, FAbsM-aD62s, fH-udjnk1LM, rgUMvJaHbME, ro6fMkOPfN4, uAV17mmiNo8

**From:**     Copyright Management
**Sent:**     2/25/2023 12:28:11 AM
**To:**       Joel Rothman
**Subject:**  Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2mgmejedj9hha07@google.com>
Date: Fri, Feb 24, 2023 at 1:55 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=-WflUSFIzyk

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 12-13-2021 Donner Pass, Ca-Atmospheric River causing exteme travel problems whiteout conditions I-80
  - Where does the content appear?
    The content appears in the targeted video from 0:01:03 to 0:01:08 :
    https://www.youtube.com/watch?v=-WflUSFIzyk&t=63
    It appears in your source video from 0:00:39 to 0:00:50 :
    https://www.youtube.com/watch?v=&t=39

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=DZIuqfZrWEg
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 09-18-2022 Ponce, PR - Insane Winds Rip Roof Off - Debris Airborne - Poles & Trees Down
  - Where does the content appear?
    The content appears in the targeted video from 0:02:43 to 0:02:53 :
    https://www.youtube.com/watch?v=DZIuqfZrWEg&t=163
    It appears in your source video from 0:00:39 to 0:01:17 :
    https://www.youtube.com/watch?v=&t=39

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=H1yqg_-VuAs
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 12-25-2022 Buffalo, NY Abandoned vehicles litter the metro after intense blizzard
  - Where does the content appear?
    The content appears in the targeted video from 0:00:36 to 0:00:42 :
    https://www.youtube.com/watch?v=H1yqg_-VuAs&t=36
    It appears in your source video from 0:00:30 to 0:00:36 :
    https://www.youtube.com/watch?v=&t=30

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=HmI6opZG5Bk
- Describe the work allegedly infringed: My company, organization or client's YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=sEKmPVcxGDQ
  - Where does the content appear?
    The content appears in the targeted video from 0:00:18 to 0:00:23 :
    https://www.youtube.com/watch?v=HmI6opZG5Bk&t=18
    It appears in your source video from 0:01:27 to 0:01:34 :
    https://www.youtube.com/watch?v=sEKmPVcxGDQ&t=87

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RRzNBoYZzsE
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: 11-10-2022 Melbourne Beach, FL - Hurricane Nicole - Wind - damage - power outages
    - Where does the content appear?
    The content appears in the targeted video from 0:08:10 to 0:08:19 :
    https://www.youtube.com/watch?v=RRzNBoYZzsE&t=490
    It appears in your source video from 0:00:00 to 0:00:14 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aOO57hHrftI
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: 9-22-2017 Lake Guajataca Dam breach, flash flood emergency helicopter footage hurricane Maria
    - Where does the content appear?
    The content appears in the targeted video from 0:06:41 to 0:06:52 :
    https://www.youtube.com/watch?v=aOO57hHrftI&t=401
    It appears in your source video from 0:00:08 to 0:00:40 :
    https://www.youtube.com/watch?v=&t=8

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fvpE7sx0N2c
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: 7-25-2020 Armstrong, Tx Hurricane Hanna Semi thrown by eyewall winds Dashcam, Hwy 77 winds accidents
    - Where does the content appear?
    The content appears in the targeted video from 0:00:57 to 0:01:09 :
    https://www.youtube.com/watch?v=fvpE7sx0N2c&t=57
    It appears in your source video from 0:00:00 to 0:00:53 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=q2kf0tgR_Yw
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: 01-24-2023 Pasadena, TX - Tornado damage - drone - Lightning explodes transformer
    - Where does the content appear?
    The content appears in the targeted video from 0:04:01 to 0:04:11 :
    https://www.youtube.com/watch?v=q2kf0tgR_Yw&t=241

It appears in your source video from 0:00:20 to 0:00:30 :
https://www.youtube.com/watch?v=&t=20

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uzDhcHRNhQo
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 8-22-2022 Dallas, Tx Insane Flooding- Car submarines- SOT
  - Where does the content appear?
    The content appears in the targeted video from 0:04:26 to 0:04:41 :
    https://www.youtube.com/watch?v=uzDhcHRNhQo&t=266
    It appears in your source video from 0:00:59 to 0:01:20 :
    https://www.youtube.com/watch?v=&t=59

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=xrJTIHrb7c8
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 3-14-2021 Cheyenne, WY - CRAZY Blizzard Smashes Snow Record
  - Where does the content appear?
    The content appears in the targeted video from 0:05:39 to 0:05:42 :
    https://www.youtube.com/watch?v=xrJTIHrb7c8&t=339
    It appears in your source video from 0:00:10 to 0:00:18 :
    https://www.youtube.com/watch?v=&t=10


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 24, 2023 bclemms@gmail.com wrote:

Video IDs: -WflUSFIzyk, DZIuqfZrWEg, H1yqg_-VuAs, HmI6opZG5Bk, RRzNBoYZzsE, aOO57hHrftI, fvpE7sx0N2c, q2kf0tgR_Yw, uzDhcHRNhQo, xrJTIHrb7c8