# Exhibit 1

SCHEDULE OF YOUTUBE CHANNEL NAMES AND VIEWER STATISTICS

|    | Channel Name     | Channel Link                                 | Number of Subscribers | Number of Videos | Highest Views |
|----|------------------|----------------------------------------------|-----------------------|------------------|---------------|
| 1  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 2  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 3  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 4  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 5  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 6  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 7  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 8  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 9  | Climate Change   | https://www.youtube.com/@climatechange_      | 139,000               | 609              | 931,000       |
| 10 | Digital Reporter | Channel removed                              |                       |                  |               |
| 11 | Digital Reporter | Channel removed                              |                       |                  |               |
| 12 | Digital Reporter | Channel removed                              |                       |                  |               |
| 13 | Digital Reporter | Channel removed                              |                       |                  |               |
| 14 | Digital Reporter | Channel removed                              |                       |                  |               |
| 15 | Digital Reporter | Channel removed                              |                       |                  |               |
| 16 | Digital Reporter | Channel removed                              |                       |                  |               |
| 17 | Digital Reporter | Channel removed                              |                       |                  |               |
| 18 | Digital Reporter | Channel removed                              |                       |                  |               |
| 19 | Digital Reporter | Channel removed                              |                       |                  |               |
| 20 | Digital Reporter | Channel removed                              |                       |                  |               |
| 21 | Digital Reporter | Channel removed                              |                       |                  |               |
| 22 | Digital Reporter | Channel removed                              |                       |                  |               |
| 23 | Digital Reporter | Channel removed                              |                       |                  |               |
| 24 | Digital Reporter | Channel removed                              |                       |                  |               |
| 25 | Digital Reporter | Channel removed                              |                       |                  |               |
| 26 | Digital Reporter | Channel removed                              |                       |                  |               |

SCHEDULE OF YOUTUBE CHANNEL NAMES AND VIEWER STATISTICS

| | | | | | |
|---|---|---|---|---|---|
| 27 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 28 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 29 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 30 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 31 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 32 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 33 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |

SCHEDULE OF YOUTUBE CHANNEL NAMES AND VIEWER STATISTICS

| | | | | | |
|---|---|---|---|---|---|
| 34 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 35 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 36 | EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/@ExtremeWeatherEvents | 451,000 | 53 | 328,000 |
| 37 | NA Weather | https://www.youtube.com/@naweather4500/videos | 478,000 | 285 | 47,000,000 |
| 38 | NA Weather | https://www.youtube.com/@naweather4500/videos | 478,000 | 285 | 47,000,000 |
| 39 | NA Weather | https://www.youtube.com/@naweather4500/videos | 478,000 | 285 | 47,000,000 |
| 40 | The Daily Unseen 2 | Channel removed | | | |
| 41 | The Daily Unseen 2 | Channel removed | | | |
| 42 | The Daily Unseen 2 | Channel removed | | | |
| 43 | The Daily Unseen 2 | Channel removed | | | |
| 44 | The Daily Unseen 2 | Channel removed | | | |
| 45 | The Daily Unseen 2 | Channel removed | | | |
| 46 | The Daily Unseen 2 | Channel removed | | | |
| 47 | The Daily Unseen 2 | Channel removed | | | |
| 48 | The Daily Unseen 2 | Channel removed | | | |
| 49 | The Daily Unseen 2 | Channel removed | | | |

SCHEDULE OF YOUTUBE CHANNEL NAMES AND VIEWER STATISTICS

| | | | | | |
|---|---|---|---|---|---|
| 50 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 51 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 52 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 53 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 54 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 55 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 56 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 57 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 58 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 59 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 60 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 61 | WAHR | https://www.youtube.com/@Wahrheit | 319,000 | 1,100 | 4,700,000 |
| 62 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 63 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 64 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 65 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 66 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 67 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 68 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |
| 69 | World is Dangerous | https://www.youtube.com/@worldisdangerous-WID | 11,600 | 7 | 1,000 |

SCHEDULE OF YOUTUBE CHANNEL NAMES AND VIEWER STATISTICS

| 70 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| --- | --- | --- | --- | --- | --- |
| 71 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| 72 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| 73 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| 74 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| 75 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |
| 76 | حقائق مخفية وأحداث عالمية | https://www.youtube.com/@ashrafs | 368,000 | 335 | 1,700,000 |