# Exhibit 2

SCHEDULE OF INFRINGEMENTS

|   | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 1 | https://youtu.be/q2kf0tgR_Yw?t=241 | 4:01-4:11 | 7-Feb-23 | https://youtu.be/Xr9wR15ib7U |
| 2 | https://youtu.be/uzDhcHRNhQo?t=263 | 4:26-4:41 | 7-Feb-23 | https://youtu.be/ncQiC67dH6Q |
| 3 | https://youtu.be/fvpE7sx0N2c?t=57 | 0:57 | 7-Feb-23 | https://youtu.be/5YT545Iwzv4 |
| 4 | https://youtu.be/aOO57hHrftI?t=400 | 6:40 | 7-Feb-23 | https://youtu.be/5LJ20rX6jVw |
| 5 | https://youtu.be/DZIuqfZrWEg?t=163 | 2:43-2:53 | 7-Feb-23 | https://www.youtube.com/watch?v=qW5ON47CLLo&t=33s |
| 6 | https://youtu.be/xrJTIHrb7c8?t=337 | 5:39 | 7-Feb-23 | https://youtu.be/z6zwx3HLYQo |
| 7 | https://youtu.be/xrJTIHrb7c8?t=477 | 7:54 | 7-Feb-23 | https://youtu.be/SCCdOYOPolQ |
| 8 | https://youtu.be/8z7QDr0Yl7A?t=155 | 2:35 | 7-Feb-23 | https://youtu.be/1bTCHGy1bKE |
| 9 | https://youtu.be/RRzNBoYZzsE?t=490 | 8:10 | 7-Feb-23 | https://youtu.be/8wq9E3LIXxE |
| 10 | https://youtu.be/rCS595_Fa1c?t=10 | 0:10 | 7-Feb-23 | https://youtu.be/vZyGF21Ejcg |
| 11 | https://youtu.be/GOaPlSaukjI?t=104 | 1:44 | 7-Feb-23 | https://youtu.be/V09Gs0F_u1I?t=385 |
| 12 | https://youtu.be/H1yqg_-VuAs?t=36 | :35 | 7-Feb-23 | https://youtu.be/qCrwKXNlmK0 |
| 13 | https://youtu.be/HmI6opZG5Bk?t=18 | 0:18 | 7-Feb-23 | https://youtu.be/sEKmPVcxGDQ |

SCHEDULE OF INFRINGEMENTS

|    | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|----|---------------------------|---------------------------|------------|-----------------|
| 14 | https://youtu.be/-djamLXu_Ic?t=42 | 0:42 | 7-Feb-23 | https://www.dropbox.com/s/of07l48f86i4cfq/090922%20Ocotillo%2C%20CA-Tropical%20Storm%20Kay%20Rock%20slides%20on%20interstate%20and%20flash%20flooding.mp4?dl=0 |
| 15 | https://youtu.be/rCS595_Fa1c?t=23 | 0:23 | 7-Feb-23 | https://youtu.be/vZyGF21Ejcg |
| 16 | https://youtu.be/-WflUSFIzyk?t=64 | 1:04 | 7-Feb-23 | https://youtu.be/yBUmx9MAJ-8 |
| 17 | https://youtu.be/1_ipGYA5FMY?t=14 | 0:14 | 7-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 18 | https://youtu.be/GOaPlSaukjI | 0:00 | 7-Feb-23 | https://youtu.be/kd6Lae_zNXc |
| 19 | https://youtu.be/F2WFnSXcW1k?t=5 | 0:05 | 7-Feb-23 | https://www.youtube.com/watch?v=al8yTiCVfro&fbclid=IwAR2DCHTZRDb2SnHEMmtJWYe6IG7-IiearsvIluTm2EBCHBwREVRyF6vvF9E |
| 20 | https://youtu.be/F2WFnSXcW1k | 0:00 | 7-Feb-23 | https://www.dropbox.com/s/o9suu48bjspfix9/Michael%204k.mp4?dl=0 |
| 21 | https://youtu.be/GOaPlSaukjI?t=95 | 1:35 | 7-Feb-23 | https://youtu.be/V09Gs0F_u1I?t=385 |
| 22 | https://youtu.be/1_ipGYA5FMY?t=43 | 0:43 | 7-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 23 | https://youtu.be/Oj0jXgKSHz4?t=11 | :11 | 7-Feb-23 | https://youtu.be/03VbEnbKlj0 |

2

SCHEDULE OF INFRINGEMENTS

| | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 24 | https://youtu.be/-djamLXu_Ic | 0:00 | 7-Feb-23 | https://www.dropbox.com/s/of07l48f86i4cfq/090922%20Ocotillo%2C%20CA-Tropical%20Storm%20Kay%20Rock%20slides%20on%20interstate%20and%20flash%20flooding.mp4?dl=0 |
| 25 | https://youtu.be/1_ipGYA5FMY?t=18 | 0:18 | 7-Feb-23 | https://www.dropbox.com/s/gms6m78chib9q08/Mega%20Drought%20to%20Floods%20-%20California%27s%20epic%20before%20and%20after%20videos%20-%20Oroville%20-%20Folsom%20-%20Donner.mp4?dl=0 |
| 26 | https://youtu.be/-WflUSFIzyk?t=64 | 1:04 | 7-Feb-23 | https://youtu.be/yBUmx9MAJ-8 |
| 27 | https://youtu.be/cgillBcr60o?t=10 | :10 | 20-Feb-23 | https://youtu.be/2PcqW9NlfLM?t=27 |
| 28 | https://youtu.be/rgUMvJaHbME?t=1 | | 20-Feb-23 | https://youtu.be/3tU_Tse8vaw?t=207 |
| 29 | https://youtu.be/ro6fMkOPfN4?t=76 | 1:15 | 20-Feb-23 | https://youtu.be/k6d3aVbgJQ0 |
| 30 | https://www.youtube.com/watch?v=FAbsM-aD62s | 00-:31 | 23-Dec-22 | https://youtu.be/UIIDsm0c3D8 |

3

SCHEDULE OF INFRINGEMENTS

| | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 31 | https://www.youtube.com/watch?v=fH-udjnk1LM&ab_channel=EXTREMEWEATHER%26NATURALDISASTERS | | 28-Dec-22 | https://youtu.be/Z59oMsoCPfs |
| 32 | https://www.youtube.com/watch?v=K5nYKXFgyy4 | 1:16-2:00 | 12-Apr-22 | https://youtu.be/y73ZVT56Sz4 |
| 33 | https://www.youtube.com/watch?v=uAV17mmiNo8 | (:00-:10) (1:08-1:20) (1:29-1:40) | 9-Nov-22 | https://youtu.be/PnYM6PiUcsA |
| 34 | https://youtu.be/ro6fMkOPfN4?t=76 | 1:15 | 20-Nov-22 | https://youtu.be/EZn7yhYkrhM |
| 35 | https://www.youtube.com/watch?v=2OOeszbG-C8 | 1:33 - 1:40 | 14-Jan-23 | https://youtu.be/9-jVNXTXS-Y |
| 36 | https://youtu.be/ibJ5cJbXhZ8?t=13 | 00:12 - 00:24 | 13-Jan-23 | https://youtu.be/cq-gkEdC928 |
| 37 | https://www.youtube.com/watch?v=uXSYXdr4YtE&ab_channel=NAWeather | | 12-Feb-23 | https://fb.watch/iVeo--UIHv/ |
| 38 | https://www.youtube.com/watch?v=8NIaf2NZBtQ | 5:52 | 12-Feb-23 | https://youtu.be/kd6Lae_zNXc |
| 39 | https://youtu.be/Q8W8clxQDWo?t=66 | 1:06 | 12-Feb-23 | https://fb.watch/iVeP42mKLo/ |

4

SCHEDULE OF INFRINGEMENTS

| | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 40 | https://www.youtube.com/watch?v=foktCRNHy5g&ab_channel=TheDailyUnseen2 | | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 41 | https://www.youtube.com/watch?v=N_YEMYvf9pI&ab_channel=TheDailyUnseen2 | :29 | 12-Feb-23 | https://youtu.be/HfdmjbYMPz0 |
| 42 | https://www.youtube.com/shorts/l7vRfNGp_zk | | 12-Feb-23 | https://youtu.be/kd6Lae_zNXc |
| 43 | https://www.youtube.com/shorts/_BMsxQFFCms | | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 44 | https://www.youtube.com/watch?v=jsDXweN8svE&ab_channel=TheDailyUnseen2 | | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 45 | https://www.youtube.com/watch?v=F0dqJII50WY&ab_channel=TheDailyUnseen2 | :06 | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 46 | https://www.youtube.com/watch?v=h8lQkHQNEHI&ab_channel=TheDailyUnseen2 | :45 | 12-Feb-23 | https://youtu.be/M_ong-DzzWo |

SCHEDULE OF INFRINGEMENTS

|  | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 47 | https://www.youtube.com/watch?v=jILFDyMpe84&ab_channel=TheDailyUnseen2 | :56 | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 48 | https://www.youtube.com/watch?v=ka8IyGEeTsk&ab_channel=TheDailyUnseen2 | :21 | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 49 | https://www.youtube.com/watch?v=9M8d-_pnXZ4&ab_channel=TheDailyUnseen2 | :06 | 12-Feb-23 | https://youtu.be/sEKmPVcxGDQ |
| 50 | https://youtu.be/U2LXFs8I0K8?t=75 | (1:15-1:44) | 22-Nov-22 | https://youtu.be/k6d3aVbgJQ0 |
| 51 | https://www.youtube.com/watch?v=6VamfNt6WeI | 1:29-1:39 | 20-Nov-22 | https://youtu.be/EZn7yhYkrhM |
| 52 | https://www.youtube.com/watch?v=Xv1O50eBxrg | :32-:44 | 12-Dec-22 | https://youtu.be/pcmD_hCnwHQ |
| 53 | https://www.youtube.com/watch?v=FFa0vs8Oi1M | (00:07-:11) | 2-Feb-23 | https://youtu.be/9-jVNXTXS-Y |
| 54 | https://www.youtube.com/watch?v=1zlD136hVZI | (:07-:19) | 2-Nov-22 | https://www.youtube.com/watch?v=Zp3i_8e_bwY |
| 55 | https://www.youtube.com/watch?v=zbm8EwmLYLY | (2:21-2:34) | 2-Jan-23 | https://www.youtube.com/watch?v=Zp3i_8e_bwY |
| 56 | https://www.youtube.com/watch?v=0Yu1DXeeZk0 | (:15-:30) (3:08-3:15) | 1-Feb-23 | https://youtu.be/UIIDsm0c3D8 |

SCHEDULE OF INFRINGEMENTS

|  | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|---|---|---|---|---|
| 57 | https://www.youtube.com/watch?v=Uotf7SFkGZo | (:46-1:20) | 30-Jan-23 | https://www.youtube.com/watch?v=kBCLgoEUwKc |
| 58 | https://www.youtube.com/watch?v=ICQx3BYV_QQ | (5:05-5:18) | 28-Dec-22 | https://youtu.be/2PcqW9NlfLM |
| 59 | https://www.youtube.com/watch?v=oAkrGWVGcac | (1:53-1:59) | 1-Feb-23 | https://youtu.be/Es5mZfeiA4Q |
| 60 | https://www.youtube.com/watch?v=2ncjErT9--g | (:00-:10) | 27-Feb-23 | https://youtu.be/Es5mZfeiA4Q |
| 61 | https://www.youtube.com/watch?v=OK3q6vmM2EQ | (:00-:16) | 1-Jan-23 | https://www.youtube.com/watch?v=Zp3i_8e_bwY |
| 62 | https://youtu.be/X7t8OIFKBaI?t=31 | (:31 - :42) | 1-Feb-23 | https://youtu.be/CzJX6dvrFpM |
| 63 | https://youtu.be/z_qVhJC7ZTA?t=75 | 1:15 | 5-Nov-22 | https://youtu.be/KS76b4meRuE |
| 64 | https://youtu.be/6DoVXVGROq4?t=224 | 3:44 | 1-Feb-23 | https://youtu.be/x95F7mdogz8 |
| 65 | https://youtu.be/X7t8OIFKBaI?t=31 | (1:27 - 1:38) | 1-Feb-23 | https://youtu.be/CzJX6dvrFpM |
| 66 | https://youtu.be/X7t8OIFKBaI | (9:03 - 9:12) | 1-Feb-23 | https://youtu.be/CzJX6dvrFpM |
| 67 | https://youtu.be/Y1THj216wLk?t=10 | 00:10-00:15 | 9-Sep-22 | https://youtu.be/loJgNY949vg |
| 68 | https://youtu.be/RngDB58pB7M?t=103 | 1:43 - 2:21 | 1-Feb-23 | https://youtu.be/Ac1iCtJ3cFQ |
| 69 | https://youtu.be/X7t8OIFKBaI?t=31 | (2:41 - 2:51) | 1-Feb-23 | https://youtu.be/CzJX6dvrFpM |

SCHEDULE OF INFRINGEMENTS

|    | Link to Infringement/Page | Timestamp of Infringement | Date Found | Video Infringed |
|----|---------------------------|---------------------------|------------|-----------------|
| 70 | https://youtu.be/FH0k3wrk_II?t=72 | 1:12-1:33 | 13-Feb-23 | https://youtu.be/TOfGnDflRLg |
| 71 | https://youtu.be/z0ZKqmHq1Pc?t=15 | 0:15-0:23 | 13-Feb-23 | https://youtu.be/qCrwKXNlmK0 |
| 72 | https://youtu.be/QGtIWPubhus?t=23 | 0:23-0:40 | 13-Feb-23 | https://youtu.be/vEbUhcX4ATs |
| 73 | https://youtu.be/fjMz03vm6dM?t=633 | 10:33-10:49 | 13-Feb-23 | https://youtu.be/w8vt_BT8Uxw |
| 74 | https://youtu.be/TXkD8VvlCvs?t=140 | 2:20-3:05 | 13-Feb-23 | https://youtu.be/Jo8DQFtswWU |
| 75 | https://youtu.be/PfsTLkNpVG4?t=487 | 8:07-8:44 | 13-Feb-23 | https://www.dropbox.com/s/d6a7eu1zbmipwo2/10-25-2021%20Truckee%20to%20Soda%20Springs%2C%20Ca%20Heavy%20snow%20on%20I-80%20leaves%20dozens%20of%20vehicles%20stranded.mp4?dl=0 |
| 76 | https://youtu.be/nIXbtvIHedw?t=357 | 5:57-6:05 | 13-Feb-23 | https://youtu.be/Zp3i_8e_bwY |

8