Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
Matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| VIRAL DRM LLC, | CASE NO.: 5:23-cv-04300-BLF |
|---|---|
| Plaintiffs, | **NOTICE OF PROOF OF SERVICE** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

The undersigned does hereby certify that on August 23, 2023, the following documents were served on Google, LLC by electronic mail:

1. Complaint (ECF 1-1 – ECF 1-4);

2. Motion for Temporary Restraining Order and Asset Freeze (ECF 5-1 – 5-4); and

3. Motion for Alternative Service (ECF 6-1).

DATED:  August 23, 2023         */s/ Matthew L. Rollin*
                                MATTHEW L. ROLLIN
                                **SRIPLAW, P.A.**
                                Attorneys for Plaintiff Viral DRM, LLC

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK