# Exhibit A

# Jamie Christine James

| | |
|---|---|
| **From:** | Matthew Rollin |
| **Sent:** | Wednesday, August 23, 2023 3:26 PM |
| **To:** | google-legal-support@google.com |
| **Cc:** | Joel Rothman; Jamie Christine James |
| **Subject:** | Viral DRM LLC v. The YouTube Uploaders Listed on Schedule A; Case No.: 5:23-cv-04300 |
| **Attachments:** | DE 0001 Complaint wExhibits.pdf; DE 0005 Motion for TRO.pdf; DE 0006. MOTION Alternative Service and Incorporated Memorandum of Law filed by Viral DRM LLC. Responses due (2023.08.23).pdf |

**ActionName:** Viral DRM LLC  v YouTube Uploaders Listed on Schedule A
**Assigned (Actionste**5692
**Organization (Actionstep):**
sriplaw


Google Legal Support:

Enclosed are the following documents filed in this case being served on Google LLC in this case:

1. Complaint
2. Motion for Temporary Restraining Order and Asset Freeze Order
3. Motion for Alternative Service

Should Google LLC desire to be heard in connection with the relief requested herein, please contact me immediately.

Thank you,
Matthew



**Matthew L. Rollin**
Associate
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Direct: (323) 452-5600
Office: (561) 404-4350
matthew.rollin@sriplaw.com
**www.sriplaw.com**

This message may contain confidential and privileged attorney-client communications. If you are not the intended recipient, please do not forward or copy this message. Instead, please delete this message immediately.