| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (323) 452-5600 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW, P.A.<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR  Plaintiff | | |
| NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | | |
| SHORT TITLE OF CASE:<br>Viral DRM LLC v. YouTube Uploaders | | |
| DATE: 08/31/2023   TIME: 9:30 AM   DEP./DIV. | | CASE NUMBER:<br>5:23-cv-04300 (Viral DRM v. YouTube Uploaders) |
| **Declaration of Service** | | Ref. No. or File No:<br>5692 - Viral DRM |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Letter; Summons in a Civil Action; COMPLAINT FOR INTELLECTUAL PROPERTY INFRINGEMENT, REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION, AND DMCA COUNTERNOTICE MISREPRESENTATION IN VIOLATION OF U.S.C. § 512(f) (INJUNCTIVE RELIEF DEMANDED) with Exhibits; PLAINTIFF'S APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND ORDER RESTRAINING TRANSFER OF ASSETS AND INCORPORATED MEMORANDUM OF LAW; DECLARATION OF BRANDON CLEMENT with Exhibits; DECLARATION OF MATTHEW L. ROLLIN; [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER RESTRAINING TRANSFER OF ASSETS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CLERK'S NOTICE SETTING MOTION HEARING**

On: **Google LLC**

I served the summons at:

**2710 Gateway Oaks Dr, Suite 150N  Sacramento, CA 95833**

On: **8/29/2023**          Time: **08:10 AM**

In the above mentioned action  by personally serving to and leaving with
**Rebecca Vang, Authorized to Accept Service  -  CSC Lawyers Incorporating Service, Agent for Service of Process**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Danielle Noelle Crosby**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **219.25**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Danielle Noelle Crosby**                                    Date: **08/29/2023**

Declaration of Service                                    Invoice #: 8121085