Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
Matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiffs, | **NOTICE OF STRIKING** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

Plaintiff VIRAL DRM LLC hereby strikes the Affidavit of Service filed at docket entry 18.

The Affidavit of Service is for non-party Google LLC and the defendants THE YOUTUBE

UPLOADERS LISTED ON SCHEDULE A have not been served.

DATED:  August 29, 2023            */s/ Matthew L. Rollin*
                                   MATTHEW L. ROLLIN
                                   **SRIPLAW, P.A.**
                                   Attorneys for Plaintiff Viral DRM, LLC

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK