1 Matthew L. Rollins (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| VIRAL DRM LLC, | CASE NO.: 3:23-CV-04300-JSC |
|---|---|
| \|Plaintiff, | **NOTICE OF FILING BOND** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendant. | |

PLAINTIFF Viral DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby files his Bond on Injunction as ordered by this Court in ECF 20.

DATED: August 31, 2023           Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*

- 1 -

NOTICE OF FILING BOND           3:23-CV-04300-JSC