| | |
|---|---|
| Joel B. Rothman (*Pro hac vice*) | David Kramer (SBN 168452) |
| Matthew L. Rollin (SBN 332631) | **WILSON SONSINI GOODRICH & ROSATI** |
| **SRIPLAW** | **PROFESSIONAL CORPORATION** |
| 8730 Wilshire Boulevard | 650 Page Mill Road |
| Suite 350 | Palo Alto, California 94304-1050 |
| Beverly Hills, California 90211 | (650) 493-9300 - Telephone |
| 323.364.6565 – Telephone | (650) 565-5100 - Facsimile |
| 561.404.4353 – Facsimile | dkramer@wsgr.com |
| joel.rothman@sriplaw.com | |
| matthew.rollin@sriplaw.com | |
| | |
| Attorneys for Plaintiff | Attorneys for GOOGLE LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ORDER RESTRAINING TRANSFER OF ASSETS** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

**WHEREAS** this Court issued its Order Granting Plaintiff's Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets filed at ECF 20 in this matter on August 29, 2023 ("TRO"); and

**WHEREAS** a portion of the TRO beginning at page 5, line 22 through page 7, line 17 is directed to Google LLC and its YouTube business and requires Google to take certain actions concerning the accounts of the defendants listed on Schedule A to the Complaint; and

**WHEREAS** plaintiff Viral DRM, LLC, and Google, through their respective counsel, met and conferred concerning the TRO and agreed to seek modification of the

STIPULATION AND [PROPOSED] ORDER

1  TRO in order to address concerns raised by Google regarding notice, enforceability and
2  compliance, and plaintiff agreed to the modifications requested by Google.

3        **NOW THEREFORE**, the plaintiff and Google LLC agree that the "Temporary
4  Restraining Order" portion of the TRO should be modified by this Court—and if the
5  Court agrees it may proceed to "so order" this Stipulation—as follows:

6        **TEMPORARY RESTRAINING ORDER**

7        Each defendant, their agents, officers, directors, employees, agents, subsidiaries,
8  distributors, and all persons in active concert or participation with any defendant having
9  notice of this Order are hereby restrained and enjoined until further Order of this Court:
10 from downloading, uploading, copying, displaying, distributing or creating derivative
11 works of plaintiff's copyrighted works or any other of plaintiff's copyrighted video
12 content; and

13       Each defendant, their agents, officers, directors, employees, subsidiaries,
14 distributors, and all persons in active concert or participation with any defendant having
15 notice of this Order shall immediately discontinue, until further Order of this Court, all
16 uses of plaintiff's copyrighted works, on or in connection with all YouTube channels
17 and other video broadcasting channels owned and operated, or controlled by them,
18 including the YouTube channels defendants operate.

19       Each defendant, their officers, directors, employees, agents, subsidiaries,
20 distributors, and all persons in active concert or participation with any defendant having
21 notice of this Order shall immediately discontinue, until further Order of this Court, the
22 use of plaintiff's copyrighted works, on any YouTube channel, Facebook page, or any
23 other webpage registered, owned, or operated by any defendant, including the
24 defendants' YouTube channels.

25       Each defendant shall not transfer ownership or control of their YouTube
26 channels and Google AdSense accounts during the pendency of this action, or until
27 further order of the Court.
28

STIPULATION AND [PROPOSED] ORDER

Each defendant shall continue to preserve copies of all computer files relating to the defendants' YouTube channels and shall take all steps necessary to retrieve computer files relating to their YouTube channels that may have been deleted before the entry of this Order.

By no later than 12 pm PST on September 6, 2023, Google LLC shall, without advance notice to the defendants prior to compliance herewith, secure the AdSense accounts (the "Accounts"), if any, associated with the following YouTube channels: @climatechange_, @Wahrheit, @ashrafs, @worldisdangerous-WID, @naweather4500, @climatechange, and @ExtremeWeatherEvents (the "Channels"), and thereby prevent the disbursement, transfer or withdrawal of any funds currently in or subsequently deposited to those AdSense accounts, pending further order of the Court.  Google LLC shall, upon securing the Accounts as required herein, promptly notify Plaintiff's counsel that it has done so. Google LLC shall also identify all financial accounts it has knowledge of that the defendants use to transfer funds out of their AdSense accounts.

No funds restrained by this Order shall be transferred or surrendered by Google LLC without the express authorization of this Court.

No defendant whose funds are restrained by this Order may transfer said funds in possession of Google LLC without the express authorization of this Court.

Any defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

This Order shall apply to the defendants, the defendants' YouTube channels, and any other YouTube channels, websites, or financial accounts which are being used by defendants for the purpose of pirating the plaintiff's copyrighted works.

This Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated by the parties.

STIPULATION AND [PROPOSED] ORDER

DATED: September 1, 2023

| | |
|---|---|
| */s/ Joel B. Rothman* | */s/ David H. Kramer* |
| JOEL B. ROTHMAN | DAVID KRAMER |
| MATTHEW L. ROLLIN | **WILSON SONSINI GOODRICH &** |
| **SRIPLAW** | **ROSATI, P.C.** |
| *Attorneys for Plaintiff* | *Attorneys for Google LLC* |

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/) of Joel B. Rothman.

*/s/ David H. Kramer*

**SO ORDERED** in _____, California, this __ day of _____, 2023.

Hon. Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE