# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiffs, | [~~PROPOSED~~] **ORDER ON PLAINTIFF'S EX PARTE MOTION TO EXTEND TEMPORARY RESTRAINING ORDER** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

This matter came before the court on plaintiff VIRAL DRM LLC's motion to extend the temporary restraining order and order restraining transfer of assets entered at ECF 20 and as modified at ECF 25 on the grounds that plaintiff requires the information requested in the pending Ex Parte Motion for a Subpoena to Google, LLC to identify additional YouTube uploaders listed in Exhibit 1 to the Declaration of Brandon Clement filed at ECF 26-1 prior to disclosing the existence of the Court's TRO because such disclosure risks that the defendants will permanently deprive Plaintiff of a remedy for their infringement and secret their assets. For good cause shown, the Court grants the motion and the temporary restraints in ECF 20 as modified by ECF 25 are hereby extended through and including ~~the date set by the Court for a hearing on the Motion for Preliminary Injunction in this case.~~ October 2, 2023 on which date the Courts sets a further Status Conference for 2:00 p.m. by a Zoom videoconference.

Dated: September 18, 2023

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Jacqueline Scott Corley

ORDER     1     CASE NO. 3:23-cv-04300

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK