UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A,<br><br>        Defendant. | Case No. 3:23-cv-04300-JSC<br><br>**ORDER RE: PLAINTIFF'S EX PARTE REQUEST TO EXTEND TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 31, 36 |

On September 18, 2023, the Court granted Plaintiff's ex parte application to extend the temporary restraining order (TRO) and order restraining transfer of assets to allow Plaintiff to obtain information from Google, LLC identifying additional YouTube uploaders who Plaintiff believed were the same as those listed in Schedule A to the Complaint or working in concert with those listed in Schedule A. (Dkt. No. 31.) The Court also granted Plaintiff's request for a subpoena to Google seeking this information. (Dkt. No. 35.) Plaintiff now seeks a further extension of the TRO pending Google's response to the subpoena. (Dkt. No. 36.) Good cause supports Plaintiff's request for a brief extension of the TRO. The TRO is extended until October 17, 2023.

The Court CONTINUES the October 2, 2023 status conference to October 17, 2023 at 2:00 p.m. via Zoom video.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge