Joel B. Rothman (*pro hac vice*)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
Joel.Rothman@sriplaw.com
Matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

Plaintiff, Viral DRM LLC ("Viral DRM"), through its undersigned counsel, and pursuant to ECF 38, files this Status Report.

1. On September 18, 2023, the Court held a status conference on Plaintiff's Motion to Extend the Temporary Restraining Order and Motion for an Order Restraining Transfer of Assets.

2. On September 20, 2023, the Parties filed an amended Motion and Proposed Order for Subpoena on Google LLC. (ECF 34).

3. On September 21, 2023, the Court granted Plaintiff's Motion for Subpoena on Google, LLC (ECF 35).

4. On October 12, 2023, Google produced the information requested by subpoena. Plaintiff is currently reviewing the information produced, but plaintiff's initial assessment of the information is that a new action should be filed relating to the individuals disclosed.

5. Plaintiff therefore intends to serve the defendants already in the case by email and notify them of a hearing on the motion for preliminary injunction.

6. Plaintiff requests that the Court extend the temporary restraining order one last time for this purpose until a date and time on or before October 31, 2023, and plaintiff will notify the defendants by alternate service of that date and time to appear for the hearing on the motion for preliminary injunction.

DATED: October 16, 2023                    Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN, *pro hac vice*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*