UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

## ORDER GRANTING CLERK'S DEFAULT

It appearing from the records in the above-entitled action that summons has been served upon the defendants named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now therefore, on request of counsel the DEFAULT of each of the following named defendants is hereby entered:

| Channel | Channel URL | Email | Alt Email | Name |
|---|---|---|---|---|
| Climate Change | youtube.com/@climatechange_ | climate-change-1963@pages.plusgoogle.com | maksimonishchyk@gmail.com | Максим Онищук |

1

3:23-CV-04300-JSC

| Channel | Channel URL | Email | Alt Email | Name |
|---|---|---|---|---|
| Digital Reporter | | kperhati@gmail.com | klodian.perhati@hotmail.com | klodian perhati |
| EXTREME WEATHER & NATURAL DISASTERS | youtube.com/@EXTREMEWEATHER%26NATURALDISASTERS | lety4evam@gmail.com | zvetlov@gmail.com | Maryna Lietucheva |
| NA Weather | youtube.com/@NAWeather | thanhthao-3761@pages.plusgoogle.com | uongthanhdr@gmail.com | Uông Sỹ Thành |
| The Daily Unseen 2 | youtube.com/@TheDailyUnseen2 | mklodeta@gmail.com | sportheroesarena@gmail.com | Klodeta Mena |
| WAHR | ttps://www.youtube.com/@Wahrheit | extremeweatherwind@gmail.com | lety4evam@gmail.com | Шубсторський Антон |
| World is Dangerous | youtube.com/worldisdangerous-WID | worldisdangerousplace@gmail.com | | Simon Prebil |
| حقائق مخفية وأحداث عالمية (ashrafs) | youtube.com/@ashrafs | sherif-saleh-8197@pages.plusgoogle.com | bebosol40@gmail.com | Abdul Rahman Ashraf Ali Saleh |

Dated this 21st day of November 2023.

_____ W. Noble, Deputy Clerk
MARK B. BUSBY, CLERK OF COURT

2

3:23-cv-04300-JSC