Matthew L. Rollin (SBN 332631)
Joel B. Rothman (*Pro Hac Vice*)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com
joel.rothman@sriplaw.com

Attorneys for Plaintiff
VIRAL DRM LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A<br><br>Defendant. | Case No.: 3:23-cv-04300-JSC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>The Honorable Jacqueline Scott Corley<br><br>Date: January 18, 2024<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 8 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff VIRAL DRM LLC ("Plaintiff"), by and through its attorneys, hereby moves for an application for entry of default judgment against Defendant The YouTube Uploaders Listed on Schedule A ("Defendants"). This motion is scheduled on January 18, 2024 at 10:00 a.m. before the Honorable Jacqueline Scott Corley, in the San Franscico Courthouse, Courtroom 8, 19th Floor, at 450 Golden Gate Avenue, San Francisco, California 94102.

Plaintiff seeks entry of default judgment for Plaintiff's claims of copyright infringement against Defendant, an award of damages pursuant to 17 U.S.C. § 504, an award of damages

pursuant to 17 U.S.C. § 1203, an award of Plaintiff's costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505 and an injunction pursuant to 17 U.S.C. § 502 permanently enjoining Defendant from further infringement.

DATED:  December 13, 2023　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew L. Rollin*
　　　　　　　　　　　　　　　　　　　　　MATTHEW L. ROLLIN
　　　　　　　　　　　　　　　　　　　　　JOEL B. ROTHMAN
　　　　　　　　　　　　　　　　　　　　　**SRIPLAW, P.A.**
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Viral DRM LLC