# Exhibit 1

| Registration Number | Effective Date | Work Type | Title of Registration | Year of Completion | Author |
|---|---|---|---|---|---|
| PA 2-105-751 | 15-Dec-17 | Dramatic Works | Hurricane Harvey, Hurricane Irma, Hurricane Maria, and Hurricane Nate video footage from 2017 | 2017 | Clement, Michael Brandon |
| PA 2-246-408 | 12-May-20 | Dramatic Works | 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole falling | 2018 | Clement, Michael Brandon |
| PA 2-348-883 | 7-Feb-22 | Dramatic Works | Mayfield, Ky Tornado Damage Drone 4k | 2021 | Clement, Michael Brandon |
| PA 2-354-516 | 22-Apr-22 | Dramatic Works | 3-21-2022 Elgin Tx tornado- Dashcam. | 2022 | Emfinger, Ronald Brian |
| PA 2-360-287 | 3-Jun-22 | Dramatic Works | 04292022_ ANDOVER DRONE FOOTAGE | 2022 | Timmer, Reed |
| PA 2-369-592 | 7-Aug-22 | Dramatic Works | 7.28.2022_ Hindman KY underwater | 2022 | Clement, Michael Brandon |
| PA 2-374-324 | 1-Sep-22 | Dramatic Works | 8.22.2022_Dallas Tx Incredible Flooding Drone. | 2022 | Clement, Michael Brandon |
| PA 2-381-497 | 12-Oct-22 | Dramatic Works | 9.29.2022_Storm Surge Ian | 2022 | Olson, Maxwell |
| PA 2-388-958 | 30-Nov-22 | Dramatic Works | 09.18.2022_Ponce, Puerto Rice. | 2022 | Clement, Michael Brandon |
| PA 2-393-277 | 10-Dec-22 | Dramatic Works | 11.10.2022_Hurracane Nicole Massive Waves and Erosion_1 | 2022 | Clement, Michael Brandon |
| PA 2-393-278 | 10-Dec-22 | Dramatic Works | 11.9.2022_ Daytona Beach FL Hurricane Nicole | 2022 | Clement, Michael Brandon |
| PA 2-397-898 | 31-Jan-23 | Dramatic Works | 11/18/22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOT's | 2018 | Clement, Michael Brandon |
| PA 2-401-320 | 3-Feb-23 | Dramatic Works | 11-18-22 Orchard Park, NY - Orchard Park maze of mayhem | 2022 | Clement, Michael Brandon |
| PA 2-401-400 | 3-Mar-23 | Dramatic Works | 12-25-22 Buffalo Blizzard | 2022 | Clement, Michael Brandon |
| PA 2-401-477 | 8-Feb-23 | Dramatic Works | 11-18-22 Orchard Park, NY- Entire City Paralyzed from record snow | 2022 | Clement, Michael Brandon |
| PA 2-404-604 | 8-Mar-23 | Dramatic Works | 12-11-2022 Soda Springs - drone video of train plowing snow | 2022 | Clement, Michael Brandon |
| PA 2-404-606 | 8-Mar-23 | Dramatic Works | 12/24/22 Buffalo Blizzard | 2023 | Clement, Michael Brandon |
| PA 2-404-613 | 8-Mar-23 | Dramatic Works | 12/08/22 December atmospheric river- McCloud, CA | 2023 | Clement, Michael Brandon |
| PA 2-405-829 | 18-Mar-23 | Dramatic Works | 1-14-2023 January Atmospheric River CA | 2023 | Clement, Michael Brandon |
| PA 2-407-754 | 30-Mar-23 | Dramatic Works | 2-9-2023 Tangipahoa, LA Tornado | 2023 | Clement, Michael Brandon |
| PA 2-407-775 | 22-Mar-23 | Dramatic Works | 1-15-2023 January Atmospheric River CA | 2023 | Clement, Michael Brandon |
| PA 2-407-782 | 22-Mar-23 | Dramatic Works | 1-17-2023 Mega Drought to Floods- California's epic before and after videos- Oroville Folsom- Donner Pass | 2023 | Clement, Michael Brandon |
| PA 2-412-838 | 19-Apr-23 | Dramatic Works | 1.24.23 Pasadena and Deer Park, TX Tornado. | 2023 | Clement, Michael Brandon |