# Exhibit 2

| Responsible Defendant | Title of Work Infringed | Registration Number | Registration Date | URL of Infringement | Date of Discovery | CMI Removed? |
|---|---|---|---|---|---|---|
| Climate Change | 03-17-2021 Silas, AL - Amazing Close Range Tornado with Drone | Not Registered | | https://youtu.be/xrJTIHrb7c8?t=477 | 2/7/23 | TRUE |
| Climate Change | 09.18.2022_Ponce, Puerto Rice. | PA 2-388-958 | 30-Nov-22 | https://youtu.be/DZluqfZrWEg?t=163 | 2/7/23 | TRUE |
| Climate Change | 1.24.23 Pasadena and Deer Park, TX Tornado | PA 2-412-838 | 19-Apr-23 | https://youtu.be/q2kf0tgR_Yw?t=241 | 2/7/23 | TRUE |
| Climate Change | 11-10-2022 Melbourne Beach, FL - Hurricane Nicole - Wind - damage - power outages | Not Registered | | https://youtu.be/RRzNBoYZzsE?t=490 | 2/7/23 | TRUE |
| Climate Change | 3-14-2021 Cheyenne, WY - CRAZY Blizzard Smashes Snow Record | Not Registered | | https://youtu.be/xrJTIHrb7c8?t=337 | 2/7/23 | TRUE |
| Climate Change | 7-25-2020 Armstrong, Tx Hurricane Hanna Semi thrown by eyewall winds Dashcam, Hwy 77 winds accidents | Not Registered | | https://youtu.be/fvpE7sx0N2c?t=57 | 2/7/23 | TRUE |
| Climate Change | 8.22.2022_Dallas Tx Incredible Flooding Drone | PA 2-374-324 | 1-Sep-22 | https://youtu.be/uzDhcHRNhQo?t=263 | 2/7/23 | TRUE |
| Climate Change | Hurricane Harvey, Hurricane Irma, Hurricane Maria, and Hurricane Nate video lootage from 20 I 7-- | PA 2-105-751 | 15-Dec-17 | https://youtu.be/DZluqfZrWEg?t=163 | 2/7/23 | TRUE |
| Climate Change | Hurricane Ida from LaFourche Parish | Not Registered | | https://youtu.be/8z7QDr0Yl7A?t=155 | 2/7/23 | TRUE |
| Digital Reporter | 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away | PA 2-354-516 | 22-Apr-22 | https://youtu.be/GOaPlSaukjI | 2/7/23 | TRUE |
| Digital Reporter | 090922 Ocotillo, CA-Tropical Storm Kay Rock slides on interstate and flash flooding | Not Registered | | https://youtu.be/-djamLXu_Ic?t=42 | 2/7/23 | TRUE |
| Digital Reporter | 090922 Ocotillo, CA-Tropical Storm Kay Rock slides on interstate and flash flooding | Not Registered | | https://youtu.be/-djamLXu_Ic | 2/7/23 | TRUE |
| Digital Reporter | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://youtu.be/1_ipGYA5FMY?t=43 | 2/7/23 | TRUE |
| Digital Reporter | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://youtu.be/HmI6opZG5Bk?t=18 | 2/7/23 | TRUE |
| Digital Reporter | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://youtu.be/1_ipGYA5FMY?t=18 | 2/7/23 | TRUE |
| Digital Reporter | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://youtu.be/1_ipGYA5FMY?t=14 | 2/7/23 | TRUE |
| Digital Reporter | 12-13-2021 Donner Pass, Ca-Atmospheric River causing exteme travel problems whiteout conditions I-80 | Not Registered | | https://youtu.be/-WflUSFIzyk?t=64 | 2/7/23 | TRUE |
| Digital Reporter | 12-13-2021 Donner Pass, Ca-Atmospheric River causing exteme travel problems whiteout conditions I-80 | Not Registered | | https://youtu.be/-WflUSFIzyk?t=64 | 2/7/23 | TRUE |
| Digital Reporter | 12-25-22 Buffalo Blizzard | PA-2-401-400 | 14-Mar-23 | https://youtu.be/GOaPlSaukjI?t=104 | 2/7/23 | TRUE |
| Digital Reporter | 12-25-22 Buffalo Blizzard | PA-2-401-400 | 14-Mar-23 | https://youtu.be/GOaPlSaukjI?t=104 | 2/7/23 | TRUE |
| Digital Reporter | 12-31-2022 Donner, CA - Major Atmospheric river slams into Sierras, Heavy snow, Traffic jam | Not Registered | | https://youtu.be/rCS595_Fa1c?t=23 | 2/7/23 | TRUE |
| Digital Reporter | 12-31-2022 Donner, CA - Major Atmospheric river slams into Sierras, Heavy snow, Traffic jam | Not Registered | | https://youtu.be/rCS595_Fa1c?t=10 | 2/7/23 | TRUE |
| Digital Reporter | DRIVERS STRANDED AT DONNER PASS - MAJOR WINTER STORM 12-31-2022 | Not Registered | | https://youtu.be/Oj0jXgKSHz4?t=11 | 2/7/23 | TRUE |
| Digital Reporter | INSIDE THE TORNADO: Full-blown storm chase mode HOUSTON area tornadoes | Not Registered | | https://youtu.be/GOaPlSaukjI?t=104 | 2/7/23 | TRUE |
| Digital Reporter | Michael 4k | Not Registered | | https://youtu.be/F2WFnSXcW1k | 2/7/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 01-09-2022 Peason, LA Tornado Damage Drone - Mobile Home Destroyed - Volunteers PIck up the PIeces | Not Registered | | https://youtu.be/ibJ5cJbXhZ8?t=13 | 1/13/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 01-09-2022 Peason, LA Tornado Damage Drone - Mobile Home Destroyed - Volunteers PIck up the PIeces | Not Registered | | https://youtu.be/ibJ5cJbXhZ8?t=13 | 1/13/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded | Not Registered | | https://www.youtube.com/watch?v=2OOeszbG-C8 | 1/14/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 11-18-22 Orchard Park | PA 2-401-477 | 15-Mar-23 | https://youtu.be/ro6fMkOPfN4?t=76 | 2/20/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 11-18-22 Orchard Park, NY- Orchard Park maze of mayhem | PA-2-401-320 | 18-Nov-23 | https://youtu.be/ro6fMkOPfN4?t=76 | 11/20/22 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 11-18-22 Orchard Park, NY- Orchard Park maze of mayhem | PA-2-401-320 | 18-Nov-23 | https://www.youtube.com/watch?v=6VamfNt6WeI | 11/20/22 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 12/08/22 December atmospheric river - McCloud, CA | PA-2-404-613 | 31-Mar-23 | https://www.youtube.com/watch?v=FAbsM-aD62s | 12/23/22 | TRUE |

| Responsible Defendant | Title of Work Infringed | Registration Number | Registration Date | URL of Infringement | Date of Discovery | CMI Removed? |
|---|---|---|---|---|---|---|
| EXTREME WEATHER&NATURAL DISASTERS | 12/24/22 Buffalo Blizzard | PA-2-404-606 | 31-Mar-23 | https://www.youtube.com/watch?v=fH-udjnk1LM&ab_channel=EXTREMEWEATHER%26NATURALDISASTERS | 12/28/22 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 2-9-2023 Tangipahoa, LA Tornado. | PA 2-407-754 | 30-Mar-23 | https://youtu.be/rgUMvJaHbME?t=1 | 2/20/23 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | 7.28.2022_Hindman KY underwater | PA 2-269-592 | 9-Sep-22 | https://youtu.be/PnYM6PiUcsA | 11/9/22 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20 | Not Registered |  | https://www.youtube.com/watch?v=K5nYKXFgyy4 | 4/12/22 | TRUE |
| EXTREME WEATHER&NATURAL DISASTERS | Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard! | Not Registered |  | https://youtu.be/cgillBcr60o?t=10 | 2/20/23 | TRUE |
| NA Weather | 04292022_ANDOVER DRONE FOOTAGE | PA-2-360-287 | 28-Jul-22 | https://www.youtube.com/watch?v=uXSYXdr4YtE&ab_channel=NAWeather | 2/12/23 | TRUE |
| NA Weather | 3-21-2022 Elgin Tx tornado- Dashcam. | PA 2-354-516 | 22-Apr-22 | https://www.youtube.com/watch?v=8NIaf2NZBtQ | 2/12/23 | TRUE |
| NA Weather | MONSTER debris flow with flash flood in Johnson Canyon, Utah! | Not Registered |  | https://youtu.be/Q8W8clxQDWo?t=66 | 2/12/23 | TRUE |
| NA Weather | MONSTER debris flow with flash flood in Johnson Canyon, Utah! | Not Registered |  | https://youtu.be/Q8W8clxQDWo?t=66 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-15-2023 January Atmospheric River CA | PA-2-407-775 | 20-Apr-23 | https://www.youtube.com/watch?v=N_YEMYvf9pI&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=F0dqJIl50WY&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=foktCRNHy5g&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=9M8d-_pnXZ4&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=jsDXweN8svE&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=ka8IyGEeTsk&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/watch?v=jILFDyMpe84&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| The Daily Unseen 2 | 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom -Donner Pass | PA-2-407-782 | 20-Apr-23 | https://www.youtube.com/shorts/_BMsxQFFCms | 2/12/23 | TRUE |
| The Daily Unseen 2 | 8-3-2021 Oroville, Ca Oroville Reservoir drops to record low level- Extreme Drought- Climate Change | Not Registered |  | https://www.youtube.com/watch?v=h8lQkHQNEHI&ab_channel=TheDailyUnseen2 | 2/12/23 | TRUE |
| WAHR | 01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded | Not Registered |  | https://www.youtube.com/watch?v=FFa0vs8Oi1M | 2/2/23 | TRUE |
| WAHR | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered |  | https://www.youtube.com/watch?v=1zlD136hVZI | 11/2/22 | TRUE |
| WAHR | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered |  | https://www.youtube.com/watch?v=zbm8EwmLYLY | 1/2/23 | TRUE |
| WAHR | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered |  | https://www.youtube.com/watch?v=OK3q6vmM2EQ | 1/1/23 | TRUE |
| WAHR | 11-18-22 Hamburg, NY - Drivers stuck, travelers stranded in four feet of snow SOTs | PA-2-397-898 | 22-Feb-23 | https://www.youtube.com/watch?v=2ncjErT9--g | 2/27/23 | TRUE |
| WAHR | 11-18-22 Hamburg, NY - Drivers stuck, travelers stranded in four feet of snow SOTs | PA-2-397-898 | 22-Feb-23 | https://www.youtube.com/watch?v=oAkrGWVGcac | 2/1/23 | TRUE |
| WAHR | 11-18-22 Orchard Park | PA 2-401-477 | 15-Mar-23 | https://youtu.be/U2LXFs8I0K8?t=75 | 11/22/22 | TRUE |
| WAHR | 1-14-2023 January Atmospheric River CA | PA-2-405-829 | 10-Apr-23 | https://www.youtube.com/watch?v=Uotf7SFkGZo | 1/30/23 | TRUE |
| WAHR | 12-11-2022 Soda Springs- drone video of train plowing snow | PA-2-404-604 | 31-Mar-23 | https://www.youtube.com/watch?v=Xv1O50eBxrg | 12/12/22 | TRUE |

| Responsible Defendant | Title of Work Infringed | Registration Number | Registration Date | URL of Infringement | Date of Discovery | CMI Removed? |
|---|---|---|---|---|---|---|
| WAHR | Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard! | Not Registered | | https://www.youtube.com/watch?v=ICQx3BYV_QQ | 12/28/22 | TRUE |
| World is Dangerous | 09-08-2022 Hemet, CA - Fairview fire threatens 18k homes amid historic heat wave | Not Registered | | https://youtu.be/Y1THj216wLk?t=10 | 9/9/22 | TRUE |
| World is Dangerous | 11.10.2022_ Hurricane Nicole Massive Waves and Eroison_1 | PA-2-393-277 | 27-Jan-23 | https://youtu.be/X7t8OIFKBaI?t=31 | 2/1/23 | TRUE |
| World is Dangerous | 11.10.2022_ Hurricane Nicole Massive Waves and Eroison_1 | PA-2-393-277 | 27-Jan-23 | https://youtu.be/X7t8OIFKBaI?t=31 | 2/1/23 | TRUE |
| World is Dangerous | 11.10.2022_ Hurricane Nicole Massive Waves and Eroison_1 | PA-2-393-277 | 27-Jan-23 | https://youtu.be/X7t8OIFKBaI | 2/1/23 | TRUE |
| World is Dangerous | 11.10.2022_ Hurricane Nicole Massive Waves and Eroison_1 | PA-2-393-277 | 27-Jan-23 | https://youtu.be/X7t8OIFKBaI?t=31 | 2/1/23 | TRUE |
| World is Dangerous | 11.9.2022_ Daytona Beach FL Hurricane Nicole | PA-2-393-278 | 27-Jan-23 | https://youtu.be/RngDB58pB7M?t=103 | 2/1/23 | TRUE |
| World is Dangerous | 11-04-2022 Sulphur Springs, TX - Damaging Close Range Tornado | Not Registered | | https://youtu.be/z_qVhJC7ZTA?t=75 | 11/5/22 | TRUE |
| World is Dangerous | Thundersnow and Wind during a Blizzard in Buffalo, NY | Not Registered | | https://youtu.be/6DoVXVGROq4?t=224 | 2/1/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered | | https://youtu.be/nIXbtvIHedw?t=357 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered | | https://youtu.be/PfsTLkNpVG4?t=487 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 10-28-2020 Golden Meadow, La Hurricane Zeta etensive storm surge, homes flooded, drone | Not Registered | | https://youtu.be/fjMz03vm6dM?t=633 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 12/08/22 December atmospheric river - McCloud, CA | PA-2-404-613 | 31-Mar-23 | https://www.youtube.com/watch?v=0Yu1DXeeZk0 | 2/1/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 12-25-22 Buffalo Blizzard | PA-2-401-400 | 14-Mar-23 | https://youtu.be/z0ZKqmHq1Pc?t=15 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 12-25-22 Buffalo Blizzard | PA-2-401-400 | 14-Mar-23 | https://youtu.be/TXkD8VvlCvs?t=140 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole Falling | PA-2-246-408 | 26-Jun-20 | https://youtu.be/FH0k3wrk_II?t=72 | 2/13/23 | TRUE |
| حقائق مخفيةوأحداثعالمية (ashrafs) | Mayfield, Ky Tornado | PA-2-348-883 | 11-May-22 | https://youtu.be/QGtIWPubhus?t=23 | 2/13/23 | TRUE |