# Exhibit 3

| Title | Registration | Registration Date | CMI Present? | Location of Work | Date of 1st Publication |
|---|---|---|---|---|---|
| 03-17-2021 Silas, AL - Amazing Close Range Tornado with Drone | Not Registered | | TRUE | https://youtu.be/SCCdOYOPolQ | 17-Mar-21 |
| 090922 Ocotillo, CA-Tropical Storm Kay Rock slides on interstate and flash flooding | Not Registered | | TRUE | https://www.dropbox.com/s/of07l48f86i4cfq/090922%20Ocotillo%2C%20CA-Tropical%20Storm%20Kay%20Rock%20slides%20on%20interstate%20and%20flash%20flooding.mp4?dl=0 | 9-Sep-22 |
| 11-10-2022 Melbourne Beach, FL - Hurricane Nicole - Wind - damage - power outages | Not Registered | | TRUE | https://youtu.be/8wq9E3LIXxE | 10-Nov-22 |
| 12-31-2022 Donner, CA - Major Atmospheric river slams into Sierras, Heavy snow, Traffic jam | Not Registered | | TRUE | https://youtu.be/vZyGF21Ejcg | 31-Dec-22 |
| 3-14-2021 Cheyenne, WY - CRAZY Blizzard Smashes Snow Record | Not Registered | | TRUE | https://youtu.be/z6zwx3HLYQo | 15-Mar-21 |
| 7-25-2020 Armstrong, Tx Hurricane Hanna Semi thrown by eyewall winds Dashcam, Hwy 77 winds accidents | Not Registered | | TRUE | https://youtu.be/5YT545Iwzv4 | 26-Jul-20 |
| Hurricane Ida from LaFourche Parish | Not Registered | | TRUE | https://youtu.be/1bTCHGy1bKE | 30-Aug-21 |
| INSIDE THE TORNADO: Full-blown storm chase mode HOUSTON area tornadoes | Not Registered | | TRUE | https://youtu.be/V09Gs0F_u1I?t=385 | 25-Jan-23 |
| 10-28-2020 Golden Meadow, La Hurricane Zeta etensive storm surge, homes flooded, drone | Not Registered | | TRUE | https://youtu.be/w8vt_BT8Uxw | 28-Oct-20 |
| 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Not Registered | | TRUE | https://www.dropbox.com/s/d6a7eu1zbmipwo2/10-25-2021%20Truckee%20to%20Soda%20Springs%2C%20Ca%20Heavy%20snow%20on%20I-80%20leaves%20dozens%20of%20vehicles%20stranded.mp4?dl=0 | 25-Oct-21 |
| 09-08-2022 Hemet, CA - Fairview fire threatens 18k homes amid historic heat wave | Not Registered | | TRUE | https://youtu.be/loJgNY949vg | 9-Sep-22 |
| 8-3-2021 Oroville, Ca Oroville Reservoir drops to record low level- Extreme Drought- Climate Change | Not Registered | | TRUE | https://www.dropbox.com/s/of07l48f86i4cfq/090922%20Ocotillo%2C%20CA-Tropical%20Storm%20Kay%20Rock%20slides%20on%20interstate%20and%20flash%20flooding.mp4?dl=0 | 9-Sep-22 |
| Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard! | Not Registered | | TRUE | https://youtu.be/2PcqW9NlfLM?t=27 | 24-Dec-22 |
| DRIVERS STRANDED AT DONNER PASS - MAJOR WINTER STORM 12-31-2022 | Not Registered | | TRUE | https://youtu.be/03VbEnbKlj0 | 2-Jan-23 |
| 12-13-2021 Donner Pass, Ca-Atmospheric River causing exteme travel problems whiteout conditions I-80 | Not Registered | | TRUE | https://youtu.be/yBUmx9MAJ-8 | 13-Dec-21 |
| Michael 4k | Not Registered | | TRUE | https://www.dropbox.com/s/o9suu48bjspfix9/Michael%204k.mp4?dl=0 | 21-Oct-22 |
| 01-09-2022 Peason, LA Tornado Damage Drone - Mobile Home Destroyed - Volunteers PIck up the PIeces | Not Registered | | TRUE | https://youtu.be/cq-gkEdC928 | 9-Jan-22 |
| CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20 | Not Registered | | TRUE | https://youtu.be/y73ZVT56Sz4 | 23-Apr-20 |
| MONSTER debris flow with flash flood in Johnson Canyon, Utah! | Not Registered | | TRUE | https://fb.watch/iVeP42mKLo/ | 16-Jul-18 |
| 01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded | Not Registered | | TRUE | https://youtu.be/9-jVNXTXS-Y | 10-Jan-23 |
| 11-04-2022 Sulphur Springs, TX - Damaging Close Range Tornado | Not Registered | | TRUE | https://youtu.be/KS76b4meRuE | 4-Nov-22 |
| Thundersnow and Wind during a Blizzard in Buffalo, NY | Not Registered | | TRUE | https://youtu.be/x95F7mdogz8 | 19-Nov-22 |
| Hurricane Harvey, Hurricane Irma, Hurricane Maria, and Hurricane Nate video lootage from 20 I 7-- | PA 2-105-751 | 15-Dec-17 | TRUE | https://youtu.be/5LJ20rX6jVw | 24-Aug-17 |
| 7.28.2022_Hindman KY underwater | PA 2-269-592 | 9-Sep-22 | TRUE | https://youtu.be/PnYM6PiUcsA | 28-Jul-22 |
| 3-21-2022 Elgin Tx tornado- Dashcam. | PA 2-354-516 | 22-Apr-22 | TRUE | https://youtu.be/kd6Lae_zNXc | 21-Mar-22 |
| 8.22.2022_Dallas Tx Incredible Flooding Drone. | PA 2-374-324 | 1-Sep-22 | TRUE | https://youtu.be/ncQiC67dH6Q | 22-Aug-22 |
| 09.18.2022_Ponce, Puerto Rice. | PA 2-388-958 | 30-Nov-22 | TRUE | https://www.youtube.com/watch?v=qW5ON47CLLo&t=33s | 18-Sep-22 |
| 11-18-22 Orchard Park, NY - Entire City Paralyzed from record snow | PA 2-401-477 | 15-Mar-23 | TRUE | https://youtu.be/k6d3aVbgJQ0 | 18-Nov-22 |
| 2-9-2023 Tangipahoa, LA Tornado | PA 2-407-754 | 30-Mar-23 | TRUE | https://youtu.be/3tU_Tse8vaw?t=207 | 9-Feb-23 |

| Description | Reg No | Reg Date | Status | URL | Date |
|---|---|---|---|---|---|
| 1.24.23 Pasadena and Deer Park, TX Tornado. | PA 2-412-838 | 19-Apr-23 | TRUE | https://youtu.be/Xr9wR15ib7U | 01.24.23 |
| 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole Falling | PA-2-246-408 | 26-Jun-20 | TRUE | https://youtu.be/TOfGnDflRLg | 6-May-18 |
| Mayfield, Ky Tornado | PA-2-348-883 | 11-May-22 | TRUE | https://youtu.be/vEbUhcX4ATs | 23-Dec-21 |
| 04292022_ANDOVER DRONE FOOTAGE | PA-2-360-287 | 28-Jul-22 | TRUE | https://fb.watch/iVeo--UIHv/ | 29-Apr-22 |
| 9.29.22_ Storm Surge Ian | PA-2-381-497 | 28-Nov-22 | TRUE | https://www.youtube.com/watch?v=al8yTiCVfro&fbclid=IwAR2DCHTZRDb2SnHEMmtJWYe6IG7-IiearsvIluTm2EBCHBwREVRyF6vvF9E | 29-Sep-22 |
| 11.10.2022_ Hurricane Nicole Massive Waves and Eroison_1 | PA-2-393-277 | 27-Jan-23 | TRUE | https://youtu.be/CzJX6dvrFpM | 10-Nov-22 |
| 11.9.2022_ Daytona Beach FL Hurricane Nicole | PA-2-393-278 | 27-Jan-23 | TRUE | https://youtu.be/Ac1iCtJ3cFQ | 9-Nov-22 |
| 11-18-22 Hamburg, NY - Drivers stuck, travelers stranded in four feet of snow SOTs | PA-2-397-898 | 22-Feb-23 | TRUE | https://youtu.be/Es5mZfeiA4Q | 18-Nov-22 |
| 11-18-22 Orchard Park, NY- Orchard Park maze of mayhem | PA-2-401-320 | 18-Nov-23 | TRUE | https://youtu.be/EZn7yhYkrhM | 18-Nov-22 |
| 12-25-22 Buffalo Blizzard | PA-2-401-400 | 14-Mar-23 | TRUE | https://youtu.be/qCrwKXNlmK0 | 25-Dec-22 |
| 12-11-2022 Soda Springs- drone video of train plowing snow | PA-2-404-604 | 31-Mar-23 | TRUE | https://youtu.be/pcmD_hCnwHQ | 11-Dec-22 |
| 12/24/22 Buffalo Blizzard | PA-2-404-606 | 31-Mar-23 | TRUE | https://youtu.be/Z59oMsoCPfs | 24-Dec-22 |
| 12/08/22 December atmospheric river - McCloud, CA | PA-2-404-613 | 31-Mar-23 | TRUE | https://youtu.be/UIIDsm0c3D8 | 8-Dec-22 |
| 1-14-2023 January Atmospheric River CA | PA-2-405-829 | 10-Apr-23 | TRUE | https://www.youtube.com/watch?v=kBCLgoEUwKc | 14-Jan-23 |
| 1-15-2023 January Atmospheric River CA | PA-2-407-775 | 20-Apr-23 | TRUE | https://youtu.be/HfdmjbYMPz0 | 15-Jan-23 |
| 1-17-2023 Mega Drought to Floods - California's epic before and after videos - Oroville Folsom - Donner Pass | PA-2-407-782 | 20-Apr-23 | TRUE | https://youtu.be/sEKmPVcxGDQ | 14-Jan-23 |