# Exhibit 1

# SRIPLAW, P.A. (FL)
, , Florida  Sales tax #:

## Sales Invoice

Viral DRM LLC  
210 Veazy Drive  
Childersburg, AL 35044  
USA

**Date:** 12/12/2023

**Matter number:** 5692

**Invoice number:** 38524

**RE:** Viral DRM LLC  v. YouTube Uploaders Round 1 (5692) 3-23-cv-04300-JSC

## Fees

| Date | Lwyr. | Services | Duration | Amount |
|---|---|---|---|---|
| 08/14/2023 | JBR | Legal RS on motions for TRO and Alt Service including fact RS on Hague Convention | 6.00 | $3,450.00 |
| 08/15/2023 | JBR | Client declaration | 6.00 | $3,450.00 |
| 08/16/2023 | JBR | Motion for TRO | 6.00 | $3,450.00 |
| 08/16/2023 | JBR | Attorney declaration ISO motions for TRO and Alternative service | 5.00 | $2,875.00 |
| 08/17/2023 | JCJ | Draft Complaint for NDCA.  Copy from FAC in this case. | 1.00 | $275.00 |
| 08/17/2023 | JCJ | Draft TRO Motion for CAND | 1.00 | $275.00 |
| 08/17/2023 | JCJ | Draft Motion for Alternate Service for CAND | 1.00 | $275.00 |
| 08/17/2023 | MLR | Update document '2023.08.17.  Proposed Order Granting Alternative Service' | 0.50 | $162.50 |
| 08/17/2023 | MLR | Update document '2023.08.18.  Motion for Alternative Service' | 0.60 | $195.00 |
| 08/17/2023 | MLR | Update document '2023.08.17.  Application for TRO and PI' | 0.70 | $227.50 |
| 08/17/2023 | MLR | Update document '2023.08.18.  Proposed Order Alternative Service' | 0.40 | $130.00 |
| 08/17/2023 | JBR | Amended complaint | 5.00 | $2,875.00 |
| 08/21/2023 | JCJ | Draft Complaint. | 0.40 | $110.00 |
| 08/21/2023 | MLR | Review and Revise Complaint for Copyright Infringement. | 4.00 | $1,300.00 |
| 08/21/2023 | MLR | Update document '2023.08.20.  MLR Declaration in Support of TRO' | 0.30 | $97.50 |
| 08/21/2023 | MLR | Update document '2023.08.21.  Declaration of Brandon Clement' | 0.30 | $97.50 |
| 08/21/2023 | MLR | Update document '2023.08.21.  MLR Declaration in Support of TRO' | 0.40 | $130.00 |
| 08/21/2023 | MLR | Update document '2023.08.21.  Proposed Order Granting Alternative Service' | 0.30 | $97.50 |
| 08/21/2023 | MLR | Update document '2023.08.21.  Complaint for Intellectual Property Infringement' | 0.30 | $97.50 |
| 08/21/2023 | MLR | Update document '2023.08.21.  Declaration of Brandon Clement (1)' | 0.20 | $65.00 |
| 08/21/2023 | MLR | Update document '2023.08.17.  Proposed Order | 0.20 | $65.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Granting TRO & PI' | | |
| 08/21/2023 | MLR | Update document '2023.08.21. Application for TRO and PI' | 0.50 | $162.50 |
| 08/21/2023 | MLR | Update document '2023.08.21. Motion for Alternative Service' | 0.40 | $130.00 |
| 08/23/2023 | JCJ | Finalize and File Complaint. | 1.20 | $330.00 |
| 08/23/2023 | TSU | Update client that complaint was filed. | 0.10 | $17.50 |
| 08/23/2023 | JCJ | Add Case Number to Matter. | 0.10 | $27.50 |
| 08/23/2023 | JCJ | File COI-CDS (if needed) | 0.10 | $27.50 |
| 08/23/2023 | JCJ | Docket L/D for Service | 0.10 | $27.50 |
| 08/23/2023 | JCJ | Prepare Civil Cover Sheet, Form AO121, Summons(es) and Certificate of Interested Persons-Corporate Disclosure. | 0.30 | $82.50 |
| 08/23/2023 | JCJ | Revise and File Certificate of Service of Documents on Google via Email. Prepare Exhibit A. | 0.20 | $55.00 |
| 08/24/2023 | JCJ | Summons Received? Prepare Summons & Complaint for Service. | 0.10 | $27.50 |
| 08/24/2023 | JCJ | Send Courtesy Copies to Judge if needed. | 0.10 | $27.50 |
| 08/24/2023 | JCJ | Add Court and Judge information to the parties of the matter. | 0.10 | $27.50 |
| 08/24/2023 | JCJ | Draft and File PHV for Joel | 0.30 | $82.50 |
| 08/24/2023 | MLR | Downloaded and revised document '2023.08.23. Proposed Order Granting Alternative Service' | 0.40 | $130.00 |
| 08/29/2023 | MLR | Viral DRM LLC v. YouTube Uploaders (5692) Hearing 9:30 A.M. PDT | 0.50 | $162.50 |
| 08/31/2023 | JCJ | Drafted Notice of Filing Bond and filed same with the Court. | 0.10 | $27.50 |
| 09/11/2023 | JCJ | Filed Motion for Subpoena. Researched Judge Corley's rules to determine if a proposed order should be emailed and if she requires courtesy copies. | 0.30 | $82.50 |
| 09/11/2023 | JCJ | Emailed copies of filed Motion for Subpoena to Google LLC's attorney. | 0.10 | $27.50 |
| 09/11/2023 | MLR | Revised and Uploaded document '2023.09.07. Declaration of Brandon Clement' | 0.10 | $32.50 |
| 09/11/2023 | MLR | Revised and Uploaded document '2023.09.11. Motion for Subpoena' | 0.40 | $130.00 |
| 09/11/2023 | MLR | Revised and Uploaded document '2023.09.11. Declaration of JBR' | 0.10 | $32.50 |
| 09/11/2023 | MLR | Uploaded document '2023.09.11. Proposed Order on Motion for Subpoena' | 0.10 | $32.50 |
| 09/11/2023 | MLR | Revised and Uploaded document '2023.09.11. Proposed Order' | 0.10 | $32.50 |
| 09/11/2023 | MLR | Revised and Uploaded document 'Exhibit 1 to Decl Brandon Clement' | 0.20 | $65.00 |
| 09/11/2023 | MLR | Revised and Uploaded document 'Exhibit 1 to Motion 2023-9-7 Proposed Subpoena to Google' | 0.20 | $65.00 |
| 09/14/2023 | MLR | Downloaded document 'DE 0023. MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rule 41(a)(2) with Brief In Support by Viral DRM LLC. (2023.09.05)' | 0.10 | $32.50 |
| 09/14/2023 | MLR | Downloaded and Revised documents '5692-files' | 0.20 | $65.00 |
| 09/18/2023 | MLR | Matter Accessed; Review Ex Parte Motion | 0.20 | $65.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/18/2023 | MLR | Viral DRM LLC v. YouTube Uploaders (5692) Zoom Status Conference & Hearing on PI & App for Subpoena 9:30 AM PDT | 0.50 | $162.50 |
| 09/18/2023 | MLR | Update document '2023.09.18 Revised Proposed Order on Motion for Subpoena' | 0.20 | $65.00 |
| 09/19/2023 | JCJ | Draft Notice of Filing Proposed Order on Motion for Subpoena. File same with the Court. Email proposed Order to Judge Corley. | 0.20 | $55.00 |
| 09/19/2023 | MLR | Matter Accessed | 0.20 | $65.00 |
| 10/02/2023 | MLR | Update document '2023.10.02. Status Report' | 0.30 | $97.50 |
| 10/05/2023 | MLR | Update document '2023.10.05. Motion for Related Case' | 0.30 | $97.50 |
| 10/05/2023 | MLR | Update document '2023.10.05. Admin Motion Related Proposed Order' | 0.20 | $65.00 |
| 10/10/2023 | MLR | Uploaded document 'Viral DRM Supboena Response'; Email Client | 0.20 | $65.00 |
| 10/11/2023 | MLR | Viral DRM Meeting with Client | 0.50 | $162.50 |
| 10/11/2023 | JCJ | Created draft TRO and Alternate Service Docs. | 0.20 | $55.00 |
| 10/16/2023 | MLR | Downloaded and Revised document '2023.10.02. Status Report' | 0.10 | $32.50 |
| 10/16/2023 | JCJ | Reviewing appointments list and checking email inbox related to the copyright infringement matter on Google Chrome. | 0.20 | $55.00 |
| 10/17/2023 | MLR | Matter Accessed; Review Status Notice | 0.20 | $65.00 |
| 10/17/2023 | MLR | Viral DRM LLC v. YouTube Uploaders (5692) Zoom Status Conference 2:00 PM PDT | 1.00 | $325.00 |
| 10/17/2023 | JCJ | Engaging in email correspondence regarding a new filing in a case involving Viral DRM LLC and The YouTube Uploaders; reviewing minute entry for proceedings held. | 0.10 | $27.50 |
| 10/18/2023 | MLR | Revised and Uploaded document '5692-2023.10.18. Certificate of Service' | 0.10 | $32.50 |
| 10/18/2023 | MLR | Update document '5692-2023.10.18. Certificate of Service' | 0.20 | $65.00 |
| 10/18/2023 | JCJ | Reviewing the Certificate of Service document in Word; accessing the CAND-ECF system via Google Chrome; researching the case of Viral DRM LLC v. YouTube Uploaders on Google Chrome; reviewing the Certificate of Service PDF document; and checking appointments related to the case. | 0.40 | $110.00 |
| 10/23/2023 | JCJ | Engaging in email correspondence regarding the matter of Viral DRM LLC versus YouTube Uploaders in Outlook. | 0.10 | $27.50 |
| 10/26/2023 | JCJ | Finalize and file Proof of Service. | 0.10 | $27.50 |
| 10/30/2023 | JCJ | Composing an email concerning the matter of Viral DRM LLC versus YouTube Uploaders in Google Chrome. | 0.10 | $27.50 |
| 10/31/2023 | MLR | Prepare for PI Hearing | 1.00 | $325.00 |
| 10/31/2023 | MLR | Viral DRM LLC v. YouTube Uploaders (5692) Status Conference 11:00 am PDT | 0.30 | $97.50 |
| 10/31/2023 | JCJ | Engaging in email correspondence regarding the dispatch of DMCA notices to the first round of | 0.40 | $110.00 |

| Date | Lwyr | Description | Hours | Amount |
|---|---|---|---|---|
| | | defendants; reviewing the ADR certification document in Adobe Acrobat Pro; accessing the CAND-ECF system via Google Chrome; examining the case of Viral DRM LLC v. YouTube Uploaders in Google Chrome; and monitoring the status conference for case Viral DRM LLC v. The YouTube Uploaders. | | |
| 10/31/2023 | JCJ | Reviewing case details of Viral DRM, LLC v. Youtube Uploaders Round 3 in Google Chrome for potential copyright infringement issues. | 0.10 | $27.50 |
| 11/01/2023 | MLR | Update document '2023.11.01. Proposed Order Granting PI' | 0.50 | $162.50 |
| 11/01/2023 | JCJ | Reviewing new filing in a case involving Viral DRM LLC and YouTube uploaders as ordered by Judge Jacqueline Scott in Outlook, ordering cases as related.  Update matter with Judge information. | 0.10 | $27.50 |
| 11/02/2023 | JCJ | Docket Final Default Deadline and Case Management Conference Deadline. | 0.10 | $27.50 |
| 11/02/2023 | JCJ | Reviewing the order regarding preliminary injunction signed by Judge Jacqueline Scott Corley in Google Chrome. | 0.10 | $27.50 |
| 11/09/2023 | MLR | Update document 'CA - Clerks Default - Application' | 0.20 | $65.00 |
| 11/09/2023 | MLR | Update document 'CA - Clerks Default - Declaration' | 0.20 | $65.00 |
| 11/09/2023 | JCJ | Draft Application for Clerk's Default and send to Attorney for review. | 0.20 | $55.00 |
| 11/09/2023 | JCJ | Finalize and File Application for Clerk's Default. | 0.10 | $27.50 |
| 11/09/2023 | MLR | Review and Revise Application for Clerk's Default. | 0.30 | $97.50 |
| 11/15/2023 | MLR | Update document '2023.11.15.  Amended Certificate of Service' | 0.20 | $65.00 |
| 11/15/2023 | MLR | Update document '2023-11-16 NDCA - Clerks Default - Declaration' | 0.10 | $32.50 |
| 11/15/2023 | MLR | Update document '2023-11-15 NDCA - Clerks Default - Declaration' | 0.20 | $65.00 |
| 11/15/2023 | MLR | Update document 'Exhibit A - Return of Service' | 0.10 | $32.50 |
| 11/21/2023 | MLR | Viral DRM Meeting with Client | 1.30 | $422.50 |
| 11/27/2023 | MLR | Call with Joel and Brandon | 1.00 | $325.00 |
| 11/27/2023 | JCJ | Draft Final Default Motion, Attorney Declaration, Memorandum and Proposed Order. | 0.30 | $82.50 |
| 11/30/2023 | MLR | VIRAL DRM Internal Team Discussion | 0.70 | $227.50 |
| 11/30/2023 | MLR | Revised EXCEL.EXE - Amended Schedule A (Updated with Google Info) First Round - Excel | 0.10 | $32.50 |
| 12/01/2023 | MLR | Viral DRM & SRIPLAW Meeting | 1.50 | $487.50 |
| 12/06/2023 | MLR | Viral DRM Meeting with Client | 0.50 | $162.50 |
| 12/07/2023 | MLR | Update document '5692-2023.12.07. Revised Declaration of Brandon Clement in Support of Final Default- MLR' | 0.20 | $65.00 |
| 12/08/2023 | MLR | Revise Default Package (Motion, Memo, MLR Declaration, Clement Declaration, Proposed Order) | 4.00 | $1,300.00 |
| | | **Our Fee** | 65.50 | $27,807.50 |

*Time summary*

| Lwyr. | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| JBR | Joel Benjamin Rothman | $575.00 | 28.00 | $16,100.00 |

| | | | | |
|---|---|---:|---:|---:|
| TSU | Tyler Unfer | $175.00 | 0.10 | $17.50 |
| JCJ | Jamie Christine James | $275.00 | 9.30 | $2,557.50 |
| MLR | Matthew Laurence Rollin | $325.00 | 28.10 | $9,132.50 |

**Expenses**

| Description | Amount |
|---|---:|
| Disbursement for fee for service of Courtesy Copies. | $240.20 |
| Disbursement to Jurisco for Bond. | $212.40 |
| Disbursement to Process Server for service of process of Complaint and Letter. | $219.75 |
| Disbursement to Process Server for service of process of Subpoena to Google. | $125.50 |
| Disbursement to U.S. District Court for filing fee for Application to Appear Pro Hac Vice for Joel B. Rothman. | $317.00 |
| Disbursement to U.S. District Court for filing fee for new Complaint. | $402.00 |
| **Total expenses** | **$1,516.85** |

| | |
|---:|---:|
| Total fees | $27,807.50 |
| Total expenses | $1,516.85 |
| **Total New Charges** | **$29,324.35** |
| **Net amount owing on this bill** | **$29,324.35** |

Matthew Laurence Rollin

## Statement of account

| | |
|---|---:|
| Current fees | $27,807.50 |
| Current expenses | $1,516.85 |
| **Net amount owing on this bill** | **$29,324.35** |