UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A <br><br> Defendant. | Case No.: 3:23-cv-04300-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A** |

On November 21, 2023, this Court entered default against Defendants The YouTube Uploaders Listed on Schedule A ("The YouTube Uploaders") [ECF 58].

On January 18, 2024, Plaintiff Viral DRM LLC ("Plaintiff") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

NOW THEREFORE, considering all papers and matters presented for good cause shown, JUDGMENT IS ENTERED IN FAVOR OF VIRAL DRM LLC AND AGAINST THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A, (collectively "Defendants") LISTED BELOW:

| **Defendant Channel Name** | **Name** |
|---|---|
| Climate Change | Maxim Onischuk (Максим Онищук) |
| Digital Reporter | Klodian Perhati |

| Defendant Channel Name | Name |
|---|---|
| EXTREME WEATHER & NATURAL DISASTERS | Maryna Lietucheva |
| NA Weather | Wang Sy Thanh (Uông Sỹ Thành) |
| The Daily Unseen 2 | Klodeta Mena |
| WAHR | Shubstorskyi Anton (Шубсторський Антон) |
| World is Dangerous | Simon Prebil |
| حقائق مخفية وأحداث عالمية (ashrafs) | Abdul Rahman Ashraf Ali Saleh |

**JUDGMENT IS ENTERED AS FOLLOWS:**

**A. Plaintiff's application for default judgment is GRANTED.**

**B. Permanent Injunctive Relief:**

    1. Defendants, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise IS HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

        i. Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted works or to participate or assist in any such activity; and/or

        ii. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted works.

**C. Statutory Copyright Damages:**

    1. Plaintiff shall recover statutory damages for copyright infringement as follows:

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| Climate Change | Maxim Onischuk (Максим Онищук) | $ 600,000 |

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| Digital Reporter | Klodian Perhati | $ 450,000 |
| EXTREME WEATHER&NATURAL DISASTERS | Maryna Lietucheva | $ 900,000 |
| NA Weather | Wang Sy Thanh (Uông Sỹ Thành) | $ 300,000 |
| The Daily Unseen 2 | Klodeta Mena | $ 300,000 |
| WAHR | Shubstorskyi Anton (Шубсторський Антон) | $ 600,000 |
| World is Dangerous | Simon Prebil | $ 200,000 |
| حقائق مخفيةوأحداثعالمية (ashrafs) | Abdul Rahman Ashraf Ali Saleh | $ 600,000 |

D.  **Statutory Damages for Removal of Copyright Management Information:**

  1.   Plaintiff shall recovery statutory damages for the removal of copyright information as follows:

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| Climate Change | Maxim Onischuk (Максим Онищук) | $ 225,000 |
| Digital Reporter | Klodian Perhati | $ 400,000 |
| EXTREME WEATHER&NATURAL DISASTERS | Maryna Lietucheva | $ 300,000 |
| NA Weather | Wang Sy Thanh (Uông Sỹ Thành) | $ 100,000 |
| The Daily Unseen 2 | Klodeta Mena | $ 225,000 |

3

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| WAHR | Shubstorskyi Anton (Шубсторський Антон) | $ 225,000 |
| World is Dangerous | Simon Prebil | $ 200,000 |
| حقائق مخفيةوأحداثعالمية (ashrafs) | Abdul Rahman Ashraf Ali Saleh | $ 200,000 |

E. **Bad Faith and False Counternotice Damages:**

1. Plaintiff shall recover damages for Defendants' bad faith and false counternotices as follows:

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| EXTREME WEATHER&NATURAL DISASTERS | Maryna Lietucheva | $ 30,000 |
| NA Weather | Wang Sy Thanh (Uông Sỹ Thành) | $ 7,500 |
| WAHR | Shubstorskyi Anton (Шубсторський Антон) | $ 22,500 |

F. **Amount Plaintiff Shall Recover From Each Defendant[1]:**

1. Plaintiff shall recover the following amounts from each defendant for copyright infringement, removal of copyright management information and damages for bath faith and false counternotices:

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| Climate Change | Maxim Onischuk (Максим Онищук) | $ 825,000 |

---

[1] The amounts listed in Section F are the combined totals from Sections C, D and E.

4

| Defendant Channel Name | Name | Statutory Damages Total |
|---|---|---|
| Digital Reporter | Klodian Perhati | $ 850,000 |
| EXTREME WEATHER&NATURAL DISASTERS | Maryna Lietucheva | $ 1,230,000 |
| NA Weather | Wang Sy Thanh (Uông Sỹ Thành) | $ 407,500 |
| The Daily Unseen 2 | Klodeta Mena | $ 525,000 |
| WAHR | Shubstorskyi Anton (Шубсторський Антон) | $ 847,500 |
| World is Dangerous | Simon Prebil | $ 500,000 |
| حقائق مخفيةوأحداثعالمية (ashrafs) | Abdul Rahman Ashraf Ali Saleh | $ 800,000 |

**G. Post-Judgment Interest:**

1. Plaintiff shall recover post judgment interest at the applicable rate from the date of entry of this judgment.

**H. Attorneys' Fees and Costs:**

1. Plaintiff shall recover from Defendants $27,807.50 in attorneys' fees; and

2. Plaintiff shall recover from Defendants $1,516.85 in costs.

3. Plaintiff may recover its attorneys' fees and costs from any and all of the defendants in any portion until these costs are fully paid.

**I. Order Directing Google LLC to Disclose Amount Frozen in AdSense's Accounts and Order Directing Google LLC to Pay Over Funds to Plaintiff:**

1. This Order shall apply to the defendants, the defendants' YouTube channels, and any other YouTube channels, websites, or financial accounts which are being used by defendants for the purpose of pirating the plaintiff's copyrighted works. Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace

platforms, including but not limited to, Defendant's Google Accounts, YouTube Accounts, and AdSense Accounts and their related companies and affiliates on which this court imposed restraints under the Preliminary Injunction are ordered to continue those restraints until the judgment is fully satisfied the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

2. Within five business days of being served this judgment, Google LLC is ordered to provide Plaintiff with the balances of the accounts that Google LLC froze pursuant to ECF 25.

3. Within five business days thereafter, Google LLC shall pay over the amounts in those accounts in satisfaction of the judgment. If, after paying over the amounts in those accounts, the judgment remains unsatisfied in whole or in part, then the restraint shall continue in place until the full amount of the judgment owed to the Plaintiff is satisfied.

**J. Release of Bond:**

1. The bond posted by Plaintiff in the amount of $5,000.00 is ordered to be released by the Clerk.

This is a FINAL JUDGMENT for which execution shall issue.

The Court denies all relief not granted in this judgment.

**SO ORDERED.**

DATED:

UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY