# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOUTUBE UPLOADERS LISTED ON SCHEDULE A,<br><br>　　　　Defendants. | CASE NO.: 3:23-cv-04300-JSC<br><br>**[PROPOSED] GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER DIRECTING PLAINTIFF TO SHOW CAUSE AND AMEND COMPLAINT (ECF 66), AND MOTION TO CONTINUE CASE STATUS CONFERENCE** |

This matter came before the Court on Plaintiff VIRAL DRM LLC's administrative motion for extension of time to respond to Order directing Plaintiff to Show Cause and Amend Complaint (ECF 66), and motion to continue case status conference.

The Court, having found good cause, hereby GRANTS Plaintiff's motion. Plaintiff has up to and including February 8, 2024, to respond to Order to Show Cause and Amend its Complaint. Further, the case status conference is continued until February 15, 2024, at 1:30pm PT.

Lastly, Plaintiff must serve this order on all Defendants in the case.

**DONE AND ORDERED** in  San Francisco , California, this  31  day of   Jan.  , 2024.



| | |
|---|---|
| 1 | |
| 2 | UNITED ST_____ |
| 3 | HON. JACQU |
| 4 | |

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK