# Exhibit 1

| Link to Infringement Page | Original Source | Registration Status | Number of Subscribers | Number of Videos | Total Number of Views |
|---|---|---|---|---|---|
| https://youtu.be/cgillBcr60o?t=10 | https://youtu.be/2PcqW9NlfLM?t=27 | Not Registered | 476,000 | 86 | 11,380,638 |
| https://youtu.be/rgUMvJaHbME?t=1 | https://youtu.be/3tU_Tse8vaw?t=207 | PA-2-407-754 | 476,000 | 86 | 11,380,638 |
| https://youtu.be/ro6fMkOPfN4?t=76 | https://youtu.be/k6d3aVbgJQ0 | PA-2-401-477 | 476,000 | 86 | 11,380,638 |
| https://www.youtube.com/watch?v=FAbsM-aD62s | https://youtu.be/UIIDsm0c3D8 | PA-2-404-613 | 476,000 | 86 | 11,380,638 |
| https://www.youtube.com/watch?v=fH-udjnk1LM | https://youtu.be/Z59oMsoCPfs | PA-2-404-606 | 476,000 | 86 | 11,380,638 |
| https://www.youtube.com/watch?v=K5nYKXFgyy4 | https://youtu.be/y73ZVT56Sz4 | Not Registered | 476,000 | 86 | 11,380,638 |
| https://www.youtube.com/watch?v=uAV17mmiNo8 | https://youtu.be/PnYM6PiUcsA | PA-2-369-592 | 476,000 | 86 | 11,380,638 |
| https://youtu.be/ro6fMkOPfN4?t=76 | https://youtu.be/EZn7yhYkrhM | PA-2-401-320 | 476,000 | 86 | 11,380,638 |
| https://www.youtube.com/watch?v=2OOeszbG-C8 | https://youtu.be/9-jVNXTXS-Y | Not Registered | 476,000 | 86 | 11,380,638 |
| https://youtu.be/ibJ5cJbXhZ8?t=13 | https://youtu.be/cq-gkEdC928 | Not Registered | 476,000 | 86 | 11,380,638 |