# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-369-592**

**Effective Date of Registration:**
August 07, 2022
**Registration Decision Date:**
September 09, 2022

## Title

| | |
|---|---|
| Title of Work: | 7.28.2022_Hindman KY underwater |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | July 28, 2022 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Michael Brandon Clement |
| Author Created: | entire motion picture |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States |

## Certification

| | |
|---|---|
| Name: | Craig Sanders |
| Date: | August 07, 2022 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-401-320**

**Effective Date of Registration:**
February 08, 2023

**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** February 08, 2023



Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-477

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 15, 2023



---

## Title

        **Title of Work:** 11-18-22 Orchard Park, NY-Entire city paralyzed from record snow

## Completion/Publication

        **Year of Completion:** 2022
     **Date of 1st Publication:** November 18, 2022
   **Nation of 1st Publication:** United States

## Author

-            **Author:** Michael Brandon Clement
        **Author Created:** entire motion picture
    **Work made for hire:** No
          **Domiciled in:** United States

## Copyright Claimant

      **Copyright Claimant:** Michael Brandon Clement
                                  1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

              **Name:** Craig Sanders
               **Date:** February 08, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-404-606**

**Effective Date of Registration:**
March 08, 2023
**Registration Decision Date:**
March 31, 2023

---

## Title

    **Title of Work:** 12/24/22 Buffalo Blizzard

## Completion/Publication

    **Year of Completion:** 2022
  **Date of 1st Publication:** December 24, 2022
  **Nation of 1st Publication:** United States

## Author

-     **Author:** Michael Brandon Clement
    **Author Created:** entire motion picture
     **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Michael Brandon Clement
            1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

      **Name:** Michael Brandon Clement
      **Email:** bclemms@gmail.com
    **Telephone:** (601)260-3170
     **Address:** 1315 Carroll Dr
          Terry, MS 39170 United States

## Certification

      **Name:** Michael Brandon Clement

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-404-613**

**Effective Date of Registration:**
March 08, 2023
**Registration Decision Date:**
March 31, 2023

---

## Title

**Title of Work:** 12/8/22 December atmospheric river - McCloud, CA

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 08, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:** Michael Brandon Clement

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-407-754**

**Effective Date of Registration:**
March 30, 2023
**Registration Decision Date:**
April 20, 2023

---

## Title

**Title of Work:** 2-9-2023 Tangipahoa, LA Tornado

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 09, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** March 30, 2023

Page 1 of 1