# Exhibit

# 3

**From:**      Copyright Management
**Sent:**      2/25/2023 12:28:15 AM
**To:**        Joel Rothman
**Subject:**   Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0qjijzzxq1j2607@google.com>
Date: Fri, Feb 24, 2023 at 2:26 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing, LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael B Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  o 1315 Carroll Dr
  o Terry, Ms 39170
  o US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2OOeszbG-C8

- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded
  - Where does the content appear?
    The content appears in the targeted video from 0:01:33 to 0:01:44 :
    https://www.youtube.com/watch?v=2OOeszbG-C8&t=93
    It appears from 0:00:00 to 0:00:30 :
    https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FAbsM-aD62s
- Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  - YouTube URL: https://www.youtube.com/watch?v=UIIDsm0c3D8
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fH-udjnk1LM
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 12-24-2022 Buffalo, NY Blizzard cars buried in snow litter downtown - wind damage
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:12 :
    https://www.youtube.com/watch?v=fH-udjnk1LM&t=0
    It appears in your source video from 0:00:11 to 0:00:20 :
    https://www.youtube.com/watch?v=&t=11

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rgUMvJaHbME
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 2-9-2023 Tangipahoa, LA Tornado destroys numerous homes - drone - first light.mp4
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=rgUMvJaHbME&t=0
    It appears in your source video from 0:03:16 to 0:03:55 :
    https://www.youtube.com/watch?v=&t=196

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ro6fMkOPfN4
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 11-18-22 Orchard Park, NY-Entire city paralyzed from record snow
  - Where does the content appear?
    The content appears in the targeted video from 0:01:15 to 0:01:30 :
    https://www.youtube.com/watch?v=ro6fMkOPfN4&t=75

It appears in your source video from 0:00:00 to 0:01:30 :
https://www.youtube.com/watch?v=&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uAV17mmiNo8
- Describe the work allegedly infringed: My video (not from YouTube)
  - The original video: 07-28-2022 Hindman, Kentucky - Entire Town Under Water from Drone - Incredible Flooding
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=uAV17mmiNo8&t=0
    It appears in your source video from 0:00:53 to 0:01:10 :
    https://www.youtube.com/watch?v=&t=53


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael B Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 24, 2023 bclemms@gmail.com wrote:

Video IDs: 2OOeszbG-C8, FAbsM-aD62s, fH-udjnk1LM, rgUMvJaHbME, ro6fMkOPfN4, uAV17mmiNo8

**From:**      Copyright Management
**Sent:**      2/25/2023 12:28:30 AM
**To:**        Joel Rothman
**Subject:**   Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+05kn2g6b7m4zt07@google.com>
Date: Fri, Feb 24, 2023 at 9:23 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Joseph Brett Adair
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
    - 1315 Carroll Dr
    - Terry, Ms 39170
    - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ibJ5cJbXhZ8

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: 01-09-2022 Peason, LA Tornado Damage Drone - Mobile Home Destroyed - Volunteers PIck up the PIeces
  - Where does the content appear?
    The content appears in the targeted video from 0:00:16 to 0:00:24 :
    https://www.youtube.com/watch?v=ibJ5cJbXhZ8&t=16
    It appears in your source video from 0:02:10 to 0:02:20 :
    https://www.youtube.com/watch?v=&t=130


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: ibJ5cJbXhZ8

**From:**     Copyright Management
**Sent:**     2/25/2023 12:28:26 AM
**To:**       Joel Rothman
**Subject:**  Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0d5ofedpc148s07@google.com>
Date: Fri, Feb 24, 2023 at 9:19 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Pecos Hank
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=K5nYKXFgyy4

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
    - Where does the content appear?
      The content appears in the targeted video from 0:01:16 to 0:02:00 :
      https://www.youtube.com/watch?v=K5nYKXFgyy4&t=76
      It appears in your source video from 0:00:33 to 0:02:47 :
      https://www.youtube.com/watch?v=&t=33


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

Video IDs: K5nYKXFgyy4

**From:**    Copyright Management
**Sent:**    2/25/2023 12:29:05 AM
**To:**    Joel Rothman
**Subject:**    Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0w9udfnocw97307@google.com>
Date: Fri, Feb 24, 2023 at 7:28 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cgillBcr60o

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - The original video: Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard!
    - Where does the content appear?
    The content appears in the targeted video from 0:00:09 to 0:00:16 :
    https://www.youtube.com/watch?v=cgillBcr60o&t=9
    It appears in your source video from 0:00:19 to 0:00:35 :
    https://www.youtube.com/watch?v=&t=19


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Feb 25, 2023 bclemms@gmail.com wrote:

   Video IDs: cgillBcr60o

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:02:23 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 8:11 PM
Subject: Fwd: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2kits0pjbvsoa0h@google.com>
Date: Sat, Mar 4, 2023 at 7:50 PM
Subject: Re: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=rgUMvJaHbME

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email: lety4evam@gmail.com   The actual address: 649 Petunia Way, Birmingham,AL,35209 United States I believe the deletion of my video ( www.youtube.com/watch?v=rgUMvJaHbME) was in error because my use of copyrighted content is protected by the fair use policy. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. I agree to the jurisdiction of the Federal District Court for the county in which my address is located or, if my address is located outside the United States, the judicial district in which Youtube is located and will accept service of process from the complainant. If you watch the top videos on our channel, you'll see that. All our videos provide natural disaster details with interesting contents and historical events to widen the audience's knowledge and their relax. The videos and content we create are subject to YouTube's regulations. We are committed not to use copyrighted content of certain individuals or organizations to make money. However, our video production is having problems because of the violation notice and our video has been removed by you. In the end, we hope that the incident was just a misunderstanding. I hereby certify that the statements I have made are true. and I take responsibility for my words. I hope the Youtube Team will reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**      Copyright Management
**Sent:**      3/4/2023 10:05:31 PM
**To:**        Joel Rothman
**Subject:**   Fwd: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Fwd: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2ixvq2xvfytos0h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=2OOeszbG-C8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email: lety4evam@gmail.com   The actual address: 649 Petunia Way, Birmingham,AL,35209 United States I believe the deletion of my video ( www.youtube.com/watch?v=2OOeszbG-C8) was in error because my use of copyrighted content is protected by the fair use policy. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. I agree to the jurisdiction of the Federal District Court for the county in which my address is located or, if my address is located outside the United States, the judicial district in which Youtube is located and will accept service of process from the complainant. If you watch the top videos on our channel, you'll see that. All our videos provide natural disaster details with interesting contents and historical events to widen the audience's knowledge and their relax. The videos and content we create are subject to YouTube's regulations. We are committed not to use copyrighted content of certain individuals or organizations to make money. However, our video production is having problems because of the violation notice and our video has been removed by you. In the end, we hope that the incident was just a misunderstanding. I hereby certify that the statements I have made are true. and I take responsibility for my words. I hope the Youtube Team will reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**      Copyright Management
**Sent:**      3/4/2023 10:05:49 PM
**To:**      Joel Rothman
**Subject:**      Fwd: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Fwd: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1k0ozlslclfa00h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=cgillBcr60o

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Team,

I am writing in response to the copyright infringement complaint filed against me regarding the news content ( www.youtube.com/watch?v=cgillBcr60o )  I created from public social media videos.

Firstly, I would like to assert that my use of the public social media videos falls under the fair use doctrine as outlined in the United States Copyright Act, 17 U.S.C. § 107. According to this doctrine, the use of copyrighted material is considered fair if it is used for purposes such as criticism, comment, news reporting, teaching, scholarship, or research.

In the case of my news content, the public social media videos were used solely for the purpose of news reporting. This is a well-established legal precedent, as demonstrated by the case of Hustler Magazine v. Falwell, 485 U.S. 46 (1988), which held that the First Amendment protects the use of copyrighted material for the purpose of news reporting and commentary.

Furthermore, the Supreme Court has held in Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S. 539 (1985), that the fair use doctrine does not apply only to non-profit or educational uses of copyrighted material. The court noted that commercial uses of copyrighted material can also be considered fair use under certain circumstances, such as when the use is transformative or serves a different purpose than the original work.

In my case, my use of the public social media videos was transformative in that I used them to create news content that was different in purpose and character from the original videos. Additionally, my use of the videos did not compete with the market for the original videos, as my news content was distributed through a different medium and for a different audience.

In conclusion, I believe that my use of the public social media videos in my news content falls squarely within the bounds of fair use as established by judicial precedent and the United States Copyright Act. I respectfully request that YouTube withdraw its copyright infringement complaint against me.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:02 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:06 PM
Subject: Fwd: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+15161xtsb4ww80h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ro6fMkOPfN4

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Copyright Team,

I am writing in response to the copyright complaint that was filed against my video ( www.youtube.com/watch?v=ro6fMkOPfN4 ). I am submitting this counter notice to inform you that I believe the claim of copyright infringement is erroneous and unjustified.

Firstly, I attest that I have a good faith belief that the material in question is not infringing on any copyright. The content in my video is either original or falls under fair use, as it is transformative, non-commercial and serves a critique, commentary or educational purpose. Furthermore, the amount of the original work used in my video is minimal, and it does not compete with the market for the original work.

Secondly, I have not received any notice of infringement prior to the complaint. I had no knowledge of any alleged infringement and therefore could not have acted in bad faith. I have made every effort to comply with YouTube's copyright policies and will continue to do so in the future.

Lastly, I affirm that the information in this notice is accurate and under penalty of perjury, I am the owner of the content in my video or have been authorized to act on behalf of the owner of the content.

In light of the above, I request that you reinstate my video as soon as possible. If you require any further information, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your prompt attention to this matter.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**      Copyright Management
**Sent:**      3/4/2023 10:07:09 PM
**To:**        Joel Rothman
**Subject:**   Fwd: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:06 PM
Subject: Fwd: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1a7idt8tli5z10h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=FAbsM-aD62s

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Team,

I am writing in response to the copyright infringement complaint filed against me regarding the news content ( www.youtube.com/watch?v=FAbsM-aD62s )  I created from public social media videos.

Firstly, I would like to assert that my use of the public social media videos falls under the fair use doctrine as outlined in the United States Copyright Act, 17 U.S.C. § 107. According to this doctrine, the use of copyrighted material is considered fair if it is used for purposes such as criticism, comment, news reporting, teaching, scholarship, or research.

In the case of my news content, the public social media videos were used solely for the purpose of news reporting. This is a well-established legal precedent, as demonstrated by the case of Hustler Magazine v. Falwell, 485 U.S. 46 (1988), which held that the First Amendment protects the use of copyrighted material for the purpose of news reporting and commentary.

Furthermore, the Supreme Court has held in Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S. 539 (1985), that the fair use doctrine does not apply only to non-profit or educational uses of copyrighted material. The court noted that commercial uses of copyrighted material can also be considered fair use under certain circumstances, such as when the use is transformative or serves a different purpose than the original work.

In my case, my use of the public social media videos was transformative in that I used them to create news content that was different in purpose and character from the original videos. Additionally, my use of the videos did not compete with the market for the original videos, as my news content was distributed through a different medium and for a different audience.

In conclusion, I believe that my use of the public social media videos in my news content falls squarely within the bounds of fair use as established by judicial precedent and the United States Copyright Act. I respectfully request that YouTube withdraw its copyright infringement complaint against me.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:20 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0t1kj5gy7lsy80h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uAV17mmiNo8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Copyright Team,

I am writing in response to the copyright complaint that was filed against my video ( https://www.youtube.com/watch?v=uAV17mmiNo8 ). I am submitting this counter notice to inform you that I believe the claim of copyright infringement is erroneous and unjustified.

Firstly, I attest that I have a good faith belief that the material in question is not infringing on any copyright. The content in my video is either original or falls under fair use, as it is transformative, non-commercial and serves a critique, commentary or educational purpose. Furthermore, the amount of the original work used in my video is minimal, and it does not compete with the market for the original work.

Secondly, I have not received any notice of infringement prior to the complaint. I had no knowledge of any alleged infringement and therefore could not have acted in bad faith. I have made every effort to comply with YouTube's copyright policies and will continue to do so in the future.

Lastly, I affirm that the information in this notice is accurate and under penalty of perjury, I am the owner of the content in my video or have been authorized to act on behalf of the owner of the content.

In light of the above, I request that you reinstate my video as soon as possible. If you require any further information, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your prompt attention to this matter.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**      Copyright Management
**Sent:**      3/4/2023 10:07:42 PM
**To:**        Joel Rothman
**Subject:**   Fwd: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0w79kmnvszw170h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=fH-udjnk1LM

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I believe that removing my video ( www.youtube.com/watch?v=fH-udjnk1LM ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:52 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2vl937zw6xdeo0h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ibJ5cJbXhZ8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I believe that removing my video ( www.youtube.com/watch?v=ibJ5cJbXhZ8 ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:08:47 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:08 PM
Subject: Fwd: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3w0fknzaak7hx0h@google.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Re: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=K5nYKXFgyy4

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I am writing in response to your copyright infringement complaint regarding my video  www.youtube.com/watch?v=K5nYKXFgyy4 . While I appreciate your concerns regarding the unauthorized use of your content, I believe that my video constitutes fair use under United States copyright law.

Firstly, I would like to clarify that the content used in my video was obtained from publicly available social media videos. As such, it is my belief that this content falls under fair use as it was not obtained through any unauthorized means or infringing activity.

Furthermore, my video is a news report, which provides commentary, analysis, and criticism of the publicly available social media videos. As such, it is transformative in nature and does not serve as a replacement for the original content. This use of the content is consistent with fair use under 17 U.S.C. § 107.

In addition, my video is non-commercial in nature, and I receive no financial gain from the use of the copyrighted material. This fact further supports my belief that my use of the content falls under fair use.

Lastly, I would like to emphasize that my video is intended for educational and informational purposes. It is not my intention to infringe on your copyright, and I have made efforts to ensure that the copyrighted material is used in a manner that is consistent with fair use.

In light of the above, I respectfully request that you withdraw your copyright infringement complaint. If you have any further questions or concerns, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your attention to this matter.

Sincerely,

Kevin MacLeod

(256) 458-6981
extremeweatherwind@gmail.com
649 Petunia Way
Birmingham
AL
35209

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066