UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRAL DRM LLC,

    Plaintiff,

v.

MARYNA LIETUCHEVA,

    Defendant.

Case No. 3:23-cv-04300-JSC

**JUDGMENT**

Having dismissed this action without leave to amend by Order filed March 14, 2025, the Court enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge